# EXHIBIT B

Filing # 111923867 E-Filed 08/17/2020 03:27:34 PM

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting <u>data</u> pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

I.      **CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>ELEVENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>MIAMI-DADE</u>   COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>MILAGRITOS A. ROBLES-PERES</u>
 Plaintiff
                vs.
<u>BEST MERIDIAN INSURANCE COMPANY, a Florida Corp.</u>
Defendant

II.     **AMOUNT OF CLAIM**
        Please indicate the estimated amount of the claim rounded to the nearest dollar $<u>10,000,000</u>

III.    **TYPE OF CASE**    (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

☐ Condominium
☒ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence – other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability – commercial
    ☐ Premises liability – residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions
☐ Professional malpractice
    ☐ Malpractice – business
    ☐ Malpractice – medical

    ☐ Malpractice – other professional
☐ Other
    ☐ Antitrust/Trade Regulation
    ☐ Business Transaction
    ☐ Circuit Civil - Not Applicable
    ☐ Constitutional challenge-statute or ordinance
    ☐ Constitutional challenge-proposed amendment
    ☐ Corporate Trusts
    ☐ Discrimination-employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

☐ County Civil
    ☐ Small Claims up to $8,000
    ☐ Civil
    ☐ Replevins
    ☐ Evictions
    ☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.**   **REMEDIES SOUGHT** (check all that apply):
☒  Monetary;
☐  Non-monetary declaratory or injunctive relief;
☐  Punitive

**V.**   **NUMBER OF CAUSES OF ACTION:**
(Specify)

<u>1</u>

**VI.**   **IS THIS CASE A CLASS ACTION LAWSUIT?**
☐  Yes
☒  No

**VII.**   **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒  No
☐  Yes – If "yes" list all related cases by name, case number and court:

**VIII.**   **IS JURY TRIAL DEMANDED IN COMPLAINT?**
☐  Yes
☒  No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature:   <u>s/ David F. Baron</u>
            Attorney or party
FL Bar No.: <u>297089</u>
            (Bar number, if attorney)
            <u>David F. Baron</u>
            (Type or print name)
    Date: <u>08/17/2020</u>

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR DADE COUNTY, FLORIDA

CASE NO.

MILAGRITOS A. ROBLES PERES

     Plaintiff,

v.

BEST MERIDIAN INSURANCE
COMPANY, a Florida Corporation

     Defendants.

_____/

## COMPLAINT

Plaintiff, MILAGRITOS A. ROBLES PERES, sues the Defendant, BEST MERIDIAN INSURANCE COMPANY "(BMI)", and states:

## COUNT I

## BREACH OF CONTRACT BMI

1. This is an action for damages exceeding the sum of $30,000.00 exclusive of costs, interest and attorney's fees.

2. At all material times, MILAGRITOS A. ROBLES PERES, (hereinafter sometimes referred to as "PERES" or as "PLAINTIFF"), is a resident and citizen of Peru and is the beneficiary of the proceeds of a life insurance policy referred to hereinafter.

3. At all material times, SEVERINO F. GUTIERRES (hereinafter sometimes referred to as "GUTIERRES") is a life insured under a policy of life insurance purchased and paid for by him and written by BEST MERIDIAN INSURANCE COMPANY, (referred hereinafter as "BMI") identified as Policy # UL00629581 ("the policy") in the face amount of $500,000.00 with an additional $250,000.00 in the event of accidental death).

4. The Policy as written on the life of GUTIERRES, and the Application are each attached here as a composite Exhibit "A".

5. Upon the accidental death of insured, GUTIERRES, Plaintiff as beneficiary, PERES, timely complied with all conditions required under the policy to collect her proceeds as policy beneficiary.

6. All contract terms under the Policy and all conditions precedent have occurred or have been performed by Plaintiff.

7. Defendant, BMI has breached the Policy because upon the death of the life insured GUTIERRES and the subsequent timely submission of beneficiary claims thereafter under the policy, BMI has refused to pay any monies under the policy to the Plaintiff, as beneficiary despite its obligation to do so under the contract.

8. Defendant, BMI, is a Florida Corporation and pursuant to the life insurance policy requires that suit be filed in Miami-Dade County, Florida.

WHEREFORE, Plaintiff, MILAGRITOS A. ROBLES PERES, demands judgment for damages against BEST MERIDIAN INSURANCE COMPANY, a Florida corporation, together with costs and interest on liquidated sums.

DATED 17th OF AUGUST, 2020.

BARON AND HERSKOWITZ
One Datran Center
9100 S. Dadeland Blvd.
Suite 1704
Miami, FL 33156
Telephone:     305-670-0101
Facsimile:      305-670-2393
Primary:        David@bhfloridalaw.com
                Carolina@bhfloridalaw.com

By: /S/ David F. Baron
DAVID F. BARON, ESQUIRE
Florida Bar No. 297089

AND

**GARY ROBERTS & ASSOCIATES, P.A.**
Co-Counsel for Plaintiff
1601 Belvedere Road
Suite 500-S
West Palm Beach, FL 33406
Gary@palmbeachtrialattorney.net
KBurgess@palmbeachtrialattorney.net
Telephone: (561) 686-1800
Facsimile: (561) 686-1533


By: /s/: *Gary W. Roberts*
     GARY W. ROBERTS
     Florida Bar No. 157837

 **BMI**

**BEST MERIDIAN INSURANCE COMPANY**

**LIFE INSURANCE APPLICATION**

## Proposed Insured

| Surname | Name(s) | Sex | Date of Birth | Age |
|---|---|---|---|---|
| **Gutierres Contreras** | **Severino Felix** | **Male** | ▓▓▓▓ | **(29)** |

| Place of Birth | Height | Weight | Identification |
|---|---|---|---|
| **Sartimbamba - La Libertad** | **1.62 Mts./5.3 Ft.** | **64 Kgs./141.1 Lbs.** | ▓▓▓▓ |

| Marital Status | US Resident or Citizen? | Smoker | Social Security, NIT or RUC |
|---|---|---|---|
| **Single** | **No** | **No** | ▓▓▓▓ |

| Email | Annual Income | Net Worth | Nacionality |
|---|---|---|---|
| ▓▓▓▓ | **95,000.00** | **1,215,000.00** | **Peru** |

## Correspondence

| Type | Address | Years at Address | City | State |
|---|---|---|---|---|
| **Residencial** | **Calle San Jose 1 - 9B Alto Moche** | | **Trujillo** | **La Libertad** |
| | Country/Postal Zone | | Mail to | Email |
| | **Afghanistan 13601** | **6** | **Residence** | ▓▓▓▓ |

## Contact

| Type | Telephone Number | Availability |
|---|---|---|
| **Cellular** | ▓▓▓▓ | **Any time** |

## Employer

| Company Name | Occupation | Years Employed |
|---|---|---|
| **SEVERINO FELIX GUTIERRES CONTRERAS** | **Manager** | **8** |

| Duties | **Plan, direct, control, and lead business functioning from his office.** |
|---|---|
| Type of Business | **Sales of Construction Materials** Telephone No. |
| Address | **Calle San Jose 1 - 9B Alto Moche Trujillo La Libertad Peru 13601** |

## Plan and Additional Options

| Plan | Insured Amount | Benefit Option in case of death | Programmed Premium | Initial Premium |
|---|---|---|---|---|
| **Uniterm II** | **500,000** | **Option B - Insured Amount plus Accrued Value** | **1,525** | |

Source of Income    **His present job.**



EXHIBIT
**"A"**



# BMI

**BEST MERIDIAN INSURANCE COMPANY**

**LIFE INSURANCE APPLICATION**

## Beneficiaries

| Name of Beneficiary | Date of Birth | Relationship | Identification | % | Contingent |
|---|---|---|---|---|---|
| Severino Felix Gutierres Contreras Milagritos Amelin Robles Peres | ███ | Permanent Partner | ███ | 100.00 | |

## Second Beneficiary

Full Name
Severino Felix Gutierres Contreras

Telephone No. ███          Email

Address          Calle San Jose 1 - 9B Alto Moche Trujillo Peru

### Information about the Insured

I affirm that the following answers are accurate and exact.



Yes          No

A. 1. Have you participated or plan to participate in the next 6 years in aviation activities as a pilot or crew member, planing, races, diving, skydiving with or without free fall, or any other dangerous sport?

2. Have you travelled or plan to travel outside your country in the next two years?

3. Have you been investigated, arrested, or convicted of a crime?

4. Have you been kidnapped, extorted, or have received any threat against your life or anyone in your family?

5. Have you been involved in a car accident, found guilty of driving under the influence of alcohol or drugs, or have had more than one traffic violation?

6. Have you ever applied for or received disability benefits?

7. Have you ever been denied, differed, offered at a higher premium, or in any way modified an application or reactivation of life or disability insurance?

8. Have you served or plan to serve in the Armed Forces or Army Reserve in the next two years?

B. In the past twelve months have you smoked cigarettes or used other tobacco products?

C. In the past ten years have you used cocaine, marijuana, methamphetamine, barbiturates, or other controlled substances?

D. Do you consume alcoholic beverages?

### Additional informations about all applicants

Do you (pl.) suffer, have suffered, are under treatment, or have been informed about any of the following illnesses or disorders?

Yes          No

2. Have you had any weight change in the past twelve months?

a. Eye, ear, nose, or throat illnesses?

b. Dizziness, fainting, seizures, headache, impaired speech, paralysis, stroke, mental or nervous disorders?





**BEST MERIDIAN INSURANCE COMPANY**

**LIFE INSURANCE APPLICATION**

c. Difficulty breathing, hoarseness, persistent cough, spitting blood, bronchitis, pleurisy, asthma, emphysema, tuberculosis, or chronic respiratory illnesses?

d. Chest pain, palpitations, arterial hypertension, rheumatic fever, heart murmur, heart attack, or other heart or circulatory illness?

e. Jaundice, intestinal hemorrhage, ulcer, hernia, appendicitis, colitis, diverticulitis, hemorrhoids, recurrent indigestion, or other disorder of the stomach, intestines, liver, or gallbladder?

f. High sugar, albumin, blood or pus in the urine, venereal diseases, stones or other disorders of the kidneys or gallbladder, prostate or reproductive organs?

g. Diabetes, thyroid, or other endocrine disorders?

h. Neuritis, sciatica, rheumatism, arthritis, gout or disorder of the muscles or bones, including the spine, back, and joints?

i. Deformity, limping, or amputation?

j. Skin disease, lymphatic ganglia, cyst, tumor, or cancer?

k. Allergies, anemia, or other blood disorders?

l. Are you presently taking medication, under observation or treatment prescribed by a physician?

m. Have you suffered from any physical or mental illness in the past five years?

n. Have you had a medical exam, consultation, illness, injury, or surgery in the past five years?

o. Have you been a patient in a hospital, clinic, sanatorium, or other medical institution in the past five years?

p. Have you had an electrocardiogram, x-ray, or other diagnostic test in the past five years?

q. Are you advised to take any diagnostic test, hospitalization, or surgery that has not been carried out in the past five years?

4. Have you tested positive from being exposed to the HIV infection or have you been diagnosed with AIDS or AIDS-related syndrome due to HIV infection, or any other illness or condition deriving from said infection?

6. a. Have you had any menstrual disorder or affliction during pregnancy, in the reproductive organs or breasts?

b. Are you pregnant? How many months have you been pregnant?

**Family Medical History**

Have your parents or siblings ever suffered from diabetes, cancer, arterial hypertension, cardiac, renal, or mental illness?

**Information about physicians or specialists**

| Name of the Physician/Specialist | Address |
|---|---|
| None | No |

| Date | Reason | Treatment Received |
|---|---|---|



**BEST MERIDIAN INSURANCE COMPANY**

**LIFE INSURANCE APPLICATION**

Special Provisions

### DECLARATION/CERTIFICACION

All declarations contained in this application as well as in any questionnaire or statement of insurability relating to this application are accurate and exact. It is agreed that these statements and responses are part of the policy. Only an authorized officer of BEST MERIDIAN INSURANCE COMPANY may modify the application in any way. The proposed insured has the absolute duty to provide correct information, regardless of any statement to the contrary made by the agent. The policy will be in effect if: (a) the policyholder receives it and accepts it without any change, (b) the initial premium is paid in full, (c) there has been no change in insurability or in the financial situation of the proposed insured at the moment the policy is delivered, and (d) all statements made on the date of the application are still exact on the date the policy is delivered. However, if the premium is paid in accordance with the adjoining conditional life insurance contract and the conditional receipt is delivered to the policyholder, the conditions in the conditional receipt will govern. Any change in the insured amount, age, date of issuance of the policy, risk classification, insurance plan, or benefits must be agreed to in writing where required. The policyholder has the right to change the beneficiary and exercise all other rights without the consent of the beneficiary, subject to any statutory restriction and to the rights of any beneficiary designated as irrevocable.

I certify that the moneys used to pay for the premiums of this policy are from lawful sources.

I have received the notice about MIB, Inc. and have been notified that a report may be prepared about the consumer with regard to this application. I authorize such report to be obtained.

Any person who knowingly and with the intention to harm, defraud, or mislead any insurer makes a claim or an application containing false, incomplete, or misleading information will be guilty of a third-degree felony.

I authorize any licensed physician, hospital, clinic, or any other establishment of medical or related services, insurance or reinsurance company, MIB. Inc., or consumer information agency that may have information about me or my health regarding the diagnosis, treatment, or prognosis of any illness and/or physical or mental treatment, or which may possess non-medical information about me to furnish BEST MERIDIAN INSURANCE COMPANY or reinsurers all the information requested of them. This authorization will remain in effect for two and a half years after the date indicated below. A photocopy of this authorization will be just as valid as the original.

    x   I SO AUTHORIZE (marking "I SO AUTHORIZE" means that you are siging electronically)

                                                                  Peru

                                  Dated August 03, 2018

### NOTICE ABOUT MIB, INC.

The information regarding your insurability is confidential. However, we can present a short report to MIB Inc. MIB Inc. is a non-profit association of life insurance companies, whose function is to allow for the exchange of information among its members. If you apply for life or health insurance, or file a claim with another member company, MIB, Inc. with furnish such company the information contained in your file, if it is so requested. We may also furnish the information contained in your file to other life insurance companies you may apply to for coverage or with which you may file a claim for benefits. You may request that MIB, Inc. make a disclosure of any information they may have in your file. You may also request that MIB, Inc. make any correction to the information contained in your file, which you consider incorrect. The steps to follow are stipulated in the Fair Credit Report Act. The address for MIB, Inc. is 50 Braintree Hill Park, Suite 400, Braintree, MA 02184-8734. Tel. (866) 592-6901. Web page www.mib.com

TRANSLATOR'S CERTIFICATE OF ACCURACY

I, Erik Camayd-Freixas, Ph.D., affirm that I am a U.S.-Court Certified Interpreter, and that the preceding four (4) pages are to the best of my knowledge and ability a true, complete, and correct translation, from Spanish into English, of the BMI LIFE INSURANCE APPLICATION of Severino Felix Gutierres Contreras, submitted to me in PDF format.

Erik Camayd-Freixas, Ph.D.
Federal Certification No. 116

**SEVERINO FELIX GUTIERRES CONTRERAS**
**PÓLIZA Nro. UL00629581**
**Uniterm II**

**APLICACIÓN EN LÍNEA**



BEST MERIDIAN INSURANCE COMPANY



Miami, 23 de Agosto de 2018

Ref: Póliza No.   **UL00629581**

Estimado Señor **SEVERINO FELIX GUTIERRES CONTRERAS**

Nos complace darle una cordial bienvenida a la familia cada vez más numerosa de asegurados de BEST MERIDIAN INSURANCE COMPANY.

Adjunto a este documento y como parte de su póliza, usted encontrará una copia de su solicitud en línea.   Por favor revísela e infórmenos lo más pronto posible si encuentra alguna discrepancia u omisión con respecto a la información provista en su solicitud de seguro.   De igual manera, le estamos incluyendo un ejemplo de los beneficios y valores proyectados de su póliza.   La tasa de interés aplicada a los valores de su póliza variará ocasionalmente conforme fluctúen las condiciones económicas del momento.

Todas las pólizas de seguro de vida se rigen de acuerdo a los términos del contrato emitido independientemente del lugar donde se haya completado la solicitud. Todos los beneficios de las pólizas son pagados por BEST MERIDIAN INSURANCE COMPANY en dólares estadounidenses, lo cual aplica sea o no el asegurado o el beneficiario, ciudadano o residente de los Estados Unidos.

Le invitamos a registrarse como cliente en nuestra página web: www.bmicos.com para que pueda beneficiarse del gran número de posibilidades que ésta le brinda.   A través de nuestra página web usted tiene acceso rápido a la información general de su póliza y al estado actual de la misma.   También para su conveniencia hemos puesto a su alcance la opción de pagos en línea por medio de una red segura que le garantiza que el pago de su prima sea acreditado a su póliza oportunamente.

Le pedimos que nos mantenga actualizados con respecto a su dirección electrónica para ofrecerle un servicio rápido y eficaz.   Si necesita hacer preguntas relacionadas a su póliza, sírvase llamar al (305) 443-2898, y comuníquese con nuestro Departamento de Servicio al Cliente, o por correo electrónico a  bmiphs@bmicos.com.

Para su mayor protección, le sugerimos conserve estos documentos en un lugar seguro.

Una vez más, BEST MERIDIAN INSURANCE COMPANY agradece su voto de confianza y le reiteramos nuestra mayor disposición de atender sus actuales y futuras necesidades de seguro.

Muy atentamente,

Presidente

Código de Registración (Internet): N0000015291685
BMI Services, Inc. as administrator for BEST MERIDIAN INSURANCE COMPANY
8950 SW 74 Court, Miami, FL 33156
Telephone: (305) 443-2898,  Fax: (305) 442-8486
web page: http://www.bmicos.com

**INDIVIDUAL LIFE INSURANCE POLICY**
Issued by

**POLIZA INDIVIDUAL DE SEGURO DE VIDA**
Emitida por



**BEST MERIDIAN**
**INSURANCE COMPANY**

8950 S.W. 74 Court, Miami, Florida 33156

A Stock Company

Sociedad Anónima

In this policy "you" and "your" refer to the owner of the policy. "We", "us", "our" and "Company" refer to Best Meridian Insurance Company.

If the insured dies while this policy is in force we will pay the death benefit to the beneficiary, subject to the provisions of the policy. The insured is named on the policy data page.

**READ YOUR POLICY CAREFULLY.** It is a legal contract between you and us.

With regard to any questions of policy contract language and interpretation, the English version shall take precedent and be controlling.

**Ten day right to examine policy**
If you are not fully satisfied with this policy, you may return it within 10 days following the date on which you received it. Mail or deliver the policy to our Home Office. This policy will be cancelled and we will return any premiums paid.

Signed and sealed at Miami, Florida

En el texto de esta póliza, las palabras "usted", "suyo" y "su" se refieren al titular, y las palabras "nosotros", "nuestro" y "Compañía" se refieren a Best Meridian Insurance Company.

Si el asegurado fallece mientras esta póliza esté en vigor, nosotros pagaremos los beneficios por fallecimiento al beneficiario, con sujeción a los términos y condiciones de esta póliza. El nombre del asegurado aparece en la página de datos de la póliza.

**LEA ATENTAMENTE SU POLIZA.** La misma constituye un contrato legal entre usted y nosotros.

En todo aquello relacionado con la interpretación y lenguaje empleado en este contrato de póliza, la versión en idioma inglés prevalecerá.

**Derecho por 10 días para examinar la póliza**
Si no está totalmente satisfecho con esta póliza, usted puede devolverla dentro de los 10 días de su recibo a nuestra Casa Matriz, ya sea por correo o en persona. Esta póliza se cancelará y le reembolsaremos cualquier prima pagada.

Firmada y sellada en Miami, Florida

PRESIDENT

SECRETARY

**FLEXIBLE PREMIUM ADJUSTABLE LIFE INSURANCE POLICY**

Insurance payable at insured's death while policy is in force. Flexible premiums payable during the life of the insured through age 120.

ADJUSTABLE DEATH BENEFIT
NON-PARTICIPATING
NO DIVIDENDS

**POLIZA AJUSTABLE DE SEGURO DE VIDA CON PRIMA FLEXIBLE**

Seguro pagadero al fallecimiento del asegurado mientras la póliza se encuentre vigente. Primas flexibles pagaderas durante la vida del asegurado hasta los 120 años de edad.

BENEFICIO POR FALLECIMIENTO AJUSTABLE
POLIZA SIN DERECHO DE PARTICIPACION
POLIZA SIN DERECHO A DIVIDENDOS

Form 276 Rev. 9/10

| SECTION | PAGE |
|---|---|
| Accelerated benefit rider | 27 |
| Data page (including table of policy charges) | 3, 3A |
| Deposit and annuity options | 22 |
| General provisions | 7 |
| Insurance coverage provisions | 12 |
| Ownership, assignment and beneficiary | 10 |
| Policy loans | 20 |
| Policy values | 16 |
| Premium provisions | 14 |
| Transfer option endorsement | 25 |

**OPTIONAL RIDERS** (if any) ................after page 28

**IMPORTANT TERMS**

| | |
|---|---|
| Accumulated value | 16 |
| Age | 7 |
| Annual report | 10 |
| Assignment | 11 |
| Basis of calculation of values | 20 |
| Beneficiary | 11 |
| Cash value | 17 |
| Change of beneficiary | 12 |
| Change of death benefit option | 12 |
| Changes in insurance coverage | 13 |
| Continuation of insurance | 20 |
| Contract | 7 |
| Cost of insurance | 18 |
| Cost of insurance rate | 18 |
| Debt | 21 |
| Expense charge | 17 |
| Face amount | 3 |
| Filing a claim | 9 |
| Grace period | 15 |
| Incontestability | 8 |
| Insured | 3 |
| Interest rate | 19 |
| Irrevocable beneficiary | 12 |
| Issue date | 3, 7 |
| Jurisdiction and legal matters | 10 |
| Loans | 20 |
| Minimum annual premium | 14 |
| Misstatement of age or sex | 7 |
| Misstatement of smoker status | 7 |
| Monthly charge | 17 |
| Non-participating | 9 |
| Notices & reports | 10 |
| Other exclusions | 8 |
| Owner | 10 |
| Partial surrender | 19 |
| Policy anniversary | 7 |
| Proceeds | 9 |
| Proof of death | 9 |
| Refund of excess premium | 14 |
| Reinstatement | 15 |
| Suicide exclusion | 7 |
| Surrender | 20 |
| Termination of coverage | 8 |

| SECCION | PAGINA |
|---|---|
| Aditamento sobre beneficios anticipados | 27 |
| Página de datos (incluyendo tabla de cargos de póliza) | 3, 3A |
| Opciones de depósito y anualidad | 22 |
| Cláusulas generales | 7 |
| Cláusulas relativas a la cobertura del seguro | 12 |
| Titularidad, cesiones y beneficiarios | 10 |
| Préstamos sobre la póliza | 20 |
| Valores de la póliza | 16 |
| Cláusulas relativas a las primas | 14 |
| Endoso de sustitución de póliza | 25 |

**ADITAMENTOS OPCIONALES** (si los hubiese)
................................después de la página 28

**TERMINOS IMPORTANTES**

| | |
|---|---|
| Valor acumulado | 16 |
| Edad | 7 |
| Reporte anual | 10 |
| Cesión de la póliza | 11 |
| Base para el cálculo de valores | 20 |
| Beneficiario | 11 |
| Valor efectivo | 17 |
| Cambio de beneficiario | 12 |
| Cambio de opción de beneficio por fallecimiento | 12 |
| Cambios en la cobertura del seguro | 13 |
| Prolongación del seguro | 20 |
| Contrato | 7 |
| Costo del seguro | 18 |
| Tasa del costo del seguro | 18 |
| Deuda | 21 |
| Cargo por gastos | 17 |
| Suma asegurada | 3 |
| Presentación de un reclamo | 9 |
| Período de gracia | 15 |
| Indisputabilidad de la póliza | 8 |
| Asegurado | 3 |
| Tasa de interés | 19 |
| Beneficiario irrevocable | 12 |
| Fecha de emisión | 3, 7 |
| Jurisdicción y asuntos legales | 10 |
| Préstamos | 20 |
| Prima mínima anual | 14 |
| Declaración incorrecta de la edad o del sexo | 7 |
| Declaración incorrecta de la condición de fumador | 7 |
| Cargo mensual | 17 |
| Cláusula de no participación | 9 |
| Notificaciones y reportes | 10 |
| Otras exclusiones | 8 |
| Titular de póliza | 10 |
| Liquidación parcial | 19 |
| Aniversario de la póliza | 7 |
| Beneficios | 9 |
| Prueba de fallecimiento | 9 |
| Reembolso de primas pagadas en exceso | 14 |
| Rehabilitación de la póliza | 15 |
| Exclusión por suicidio | 7 |
| Liquidación | 20 |
| Terminación de la cobertura | 8 |

## POLICY DATA

| | |
|---|---|
| **ISSUE DATE:** | AUGUST 8, 2018 |
| **POLICY NUMBER:** | UL00629581   **INSURANCE AGE:**   29   MALE |
| **LIFE INSURED:** | SEVERINO FELIX GUTIERRES CONTRERAS |
| **PREMIUM CLASS:** | NON-SMOKER   STANDARD |
| **OWNER:** | AS STATED ON THE APPLICATION |
| **BENEFICIARY:** | AS STATED ON THE APPLICATION |
| **BASIC PLAN:** | FLEXIBLE PREMIUM ADJUSTABLE LIFE |
| **TOTAL COVERAGE:** | $500,000.00 |

| | | | |
|---|---|---|---|
| **DEATH BENEFIT OPTION:** | VARIABLE (B) | **FACE AMOUNT:** | $500,000.00 |
| **FIRST PREMIUM:** | $1,450.00 | **SCHEDULED ANNUAL PREMIUM:** | $1,450.00 |
| **MINIMUM FACE AMOUNT:** | $250,000.00 | **MINIMUM PREMIUM:** | $1,450.00 |
| **PAYMENT PERIOD:** | 92 YEAR(S) | **POLICY LOAN RATE:** | 8 % (ARREARS) |
| **PARTIAL SURRENDER CHARGE** | | SEE POLICY FOR DETAILS | |

*THE POLICY MAY END BEFORE THE INSURED'S 121ST BIRTHDAY IF (1) NO PREMIUMS ARE PAID AFTER THE FIRST OR (2) SUBSEQUENT PREMIUMS ARE NOT SUFFICIENT TO MAINTAIN THE POLICY IN FORCE UNTIL THAT TIME.*

## POLICY DATA (CONTINUED)

**POLICY NUMBER:**        UL00629581

**LIFE INSURED:**         SEVERINO FELIX GUTIERRES CONTRERAS

### TABLE OF POLICY CHARGES^

| POLICY YEAR | GUARANTEED SURRENDER CHARGE | CURRENT EXPENSE CHARGE | CURRENT MONTHLY ADMINISTRATIVE CHARGE |
|---|---|---|---|
| 1 | $9,705.00 | 95.00% | $7.00 |
| 2 | $9,150.00 | 12.50% | $7.00 |
| 3 | $8,125.00 | 12.50% | $7.00 |
| 4 | $6,165.00 | 12.50% | $7.00 |
| 5 | $5,645.00 | 12.50% | $7.00 |
| 6 | $5,125.00 | 12.50% | $7.00 |
| 7 | $4,620.00 | 12.50% | $7.00 |
| 8 | $4,115.00 | 12.50% | $7.00 |
| 9 | $3,625.00 | 12.50% | $7.00 |
| 10 | $3,135.00 | 12.50% | $7.00 |
| 11 | $2,660.00 | 7.00% | $3.50 |
| 12 | $2,190.00 | 7.00% | $3.50 |
| 13 | $1,730.00 | 7.00% | $3.50 |
| 14 | $1,285.00 | 7.00% | $3.50 |
| 15 | $845.00 | 7.00% | $3.50 |
| 16 | $415.00 | 7.00% | $3.50 |
| 17 | $0.00 | 7.00% | $3.50 |
| 18 | $0.00 | 7.00% | $3.50 |
| 19 | $0.00 | 7.00% | $3.50 |
| 20 | $0.00 | 7.00% | $3.50 |
| 21 and on | $0.00 | 0.00% | $0.00 |

- THE POLICY YEARS SHOWN ABOVE ARE MEASURED FROM THE POLICY EFFECTIVE DATE.

- FOR REQUESTED FACE AMOUNT INCREASES, THE ISSUE AGE IS THE INSURED'S ATTAINED AGE AS OF THE EFFECTIVE DATE OF THE INCREASE. POLICY YEARS ARE MEASURED FROM THE EFFECTIVE DATE OF THE INCREASE.

- IF THE SURRENDER CHARGE IS GREATER THAN THE ACCUMULATED VALUE, THE CASH VALUE WILL BE ZERO.

- FOR SURRENDERS THAT OCCUR ON A DATE OTHER THAN A POLICY ANNIVERSARY, THE SURRENDER CHARGE WILL BE CALCULATED BY LINEAR INTERPOLATION BETWEEN THE POLICY ANNIVERSARIES IMMEDIATELY BEFORE AND AFTER THE DATE OF SURRENDER.

**TABLE OF GUARANTEED MAXIMUM RATES OF INSURANCE**
*TABLA DE TASAS MAXIMAS GARANTIZADAS DE SEGURO*

| ATTAINED AGE / EDAD CUMPLIDA | MALE – HOMBRE ANNUAL COST PER $1,000 COSTO ANUAL POR CADA $1,000 NON-SMOKER / NO FUMADOR | SMOKER / FUMADOR | ATTAINED AGE / EDAD CUMPLIDA | MALE - HOMBRE ANNUAL COST PER $1,000 COSTO ANUAL POR CADA $1,000 NON-SMOKER / NO FUMADOR | SMOKER / FUMADOR |
|---|---|---|---|---|---|
| 20 | 0.95 | 1.30 | 71 | 27.99 | 42.70 |
| 21 | 0.95 | 1.36 | 72 | 31.17 | 46.64 |
| 22 | 0.95 | 1.43 | 73 | 34.52 | 50.61 |
| 23 | 0.96 | 1.50 | 74 | 38.12 | 54.91 |
| 24 | 0.97 | 1.58 | 75 | 42.04 | 59.69 |
| 25 | 1.00 | 1.67 | 76 | 46.46 | 64.99 |
| 26 | 1.04 | 1.76 | 77 | 51.60 | 71.12 |
| 27 | 1.06 | 1.81 | 78 | 57.57 | 78.15 |
| 28 | 1.04 | 1.82 | 79 | 64.26 | 85.89 |
| 29 | 1.03 | 1.81 | 80 | 71.72 | 94.35 |
| 30 | 1.02 | 1.80 | 81 | 79.83 | 103.34 |
| 31 | 1.01 | 1.81 | 82 | 88.42 | 112.59 |
| 32 | 1.02 | 1.84 | 83 | 97.80 | 122.45 |
| 33 | 1.05 | 1.90 | 84 | 108.23 | 133.60 |
| 34 | 1.07 | 1.97 | 85 | 119.83 | 146.24 |
| 35 | 1.12 | 2.05 | 86 | 132.59 | 159.95 |
| 36 | 1.17 | 2.17 | 87 | 146.38 | 174.52 |
| 37 | 1.24 | 2.31 | 88 | 161.04 | 189.71 |
| 38 | 1.33 | 2.48 | 89 | 176.42 | 205.33 |
| 39 | 1.41 | 2.67 | 90 | 191.74 | 220.42 |
| 40 | 1.52 | 2.90 | 91 | 206.82 | 234.78 |
| 41 | 1.65 | 3.18 | 92 | 222.62 | 249.52 |
| 42 | 1.81 | 3.51 | 93 | 239.28 | 264.76 |
| 43 | 2.00 | 3.90 | 94 | 256.83 | 281.02 |
| 44 | 2.21 | 4.34 | 95 | 274.21 | 297.39 |
| 45 | 2.44 | 4.78 | 96 | 291.18 | 312.93 |
| 46 | 2.67 | 5.22 | 97 | 309.26 | 329.31 |
| 47 | 2.86 | 5.59 | 98 | 328.54 | 346.60 |
| 48 | 3.01 | 5.87 | 99 | 349.11 | 364.85 |
| 49 | 3.20 | 6.23 | 100 | 368.76 | 381.92 |
| 50 | 3.45 | 6.70 | 101 | 386.19 | 396.51 |
| 51 | 3.77 | 7.31 | 102 | 404.73 | 411.85 |
| 52 | 4.16 | 8.05 | 103 | 424.44 | 427.96 |
| 53 | 4.61 | 8.94 | 104 | 445.27 | 446.33 |
| 54 | 5.18 | 10.00 | 105 | 467.21 | 468.20 |
| 55 | 5.82 | 11.13 | 106 | 490.50 | 491.42 |
| 56 | 6.48 | 12.30 | 107 | 515.21 | 516.07 |
| 57 | 7.12 | 13.38 | 108 | 541.43 | 542.21 |
| 58 | 7.76 | 14.41 | 109 | 569.22 | 569.94 |
| 59 | 8.51 | 15.62 | 110 | 598.65 | 599.30 |
| 60 | 9.42 | 17.11 | 111 | 629.83 | 630.41 |
| 61 | 10.53 | 18.93 | 112 | 662.83 | 663.35 |
| 62 | 11.82 | 21.02 | 113 | 697.75 | 698.19 |
| 63 | 13.23 | 23.26 | 114 | 734.65 | 735.03 |
| 64 | 14.70 | 25.50 | 115 | 773.63 | 773.95 |
| 65 | 16.23 | 27.69 | 116 | 814.76 | 815.02 |
| 66 | 17.78 | 29.81 | 117 | 858.13 | 858.32 |
| 67 | 19.40 | 31.95 | 118 | 903.80 | 903.92 |
| 68 | 21.11 | 34.14 | 119 | 951.67 | 951.74 |
| 69 | 23.03 | 36.55 | 120 | 1000.00 | 1000.00 |
| 70 | 25.27 | 39.31 | | | |

This table is based on the Commissioner's 2001 Standard Ordinary Mortality Table.  These rates apply to risks for whom insurance is issued on a non-smoker or smoker basis.

Esta tabla se basa en el Commissioner's 2001 Standard Ordinary Mortality Table.  Estas tasas se aplican a los riesgos para los cuales se emite el seguro, considerando si se trata de personas fumadoras o no fumadoras.

**TABLE OF GUARANTEED MAXIMUM RATES OF INSURANCE**
*TABLA DE TASAS MAXIMAS GARANTIZADAS DE SEGURO*

| FEMALE – MUJER ANNUAL COST PER $1,000 COSTO ANUAL POR CADA $1,000 | | | FEMALE - MUJER ANNUAL COST PER $1,000 COSTO ANUAL POR CADA $1,000 | | |
|---|---|---|---|---|---|
| ATTAINED AGE EDAD CUMPLIDA | NON-SMOKER NO FUMADORA | SMOKER FUMADORA | ATTAINED AGE EDAD CUMPLIDA | NON-SMOKER NO FUMADORA | SMOKER FUMADORA |
| 20 | 0.45 | 0.59 | 71 | 19.31 | 33.85 |
| 21 | 0.47 | 0.63 | 72 | 21.17 | 36.83 |
| 22 | 0.48 | 0.66 | 73 | 23.20 | 40.08 |
| 23 | 0.48 | 0.69 | 74 | 25.45 | 43.48 |
| 24 | 0.50 | 0.73 | 75 | 27.92 | 47.05 |
| 25 | 0.51 | 0.79 | 76 | 30.63 | 50.91 |
| 26 | 0.55 | 0.84 | 77 | 33.63 | 55.07 |
| 27 | 0.57 | 0.89 | 78 | 36.90 | 59.56 |
| 28 | 0.60 | 0.95 | 79 | 40.49 | 64.39 |
| 29 | 0.63 | 1.01 | 80 | 44.95 | 70.41 |
| 30 | 0.66 | 1.07 | 81 | 50.43 | 77.77 |
| 31 | 0.70 | 1.15 | 82 | 56.23 | 85.35 |
| 32 | 0.74 | 1.23 | 83 | 62.32 | 93.09 |
| 33 | 0.79 | 1.33 | 84 | 69.11 | 101.15 |
| 34 | 0.85 | 1.46 | 85 | 75.99 | 108.60 |
| 35 | 0.92 | 1.59 | 86 | 84.12 | 117.21 |
| 36 | 0.99 | 1.72 | 87 | 94.16 | 127.89 |
| 37 | 1.05 | 1.83 | 88 | 104.75 | 138.58 |
| 38 | 1.10 | 1.94 | 89 | 115.29 | 148.36 |
| 39 | 1.16 | 2.06 | 90 | 123.05 | 153.92 |
| 40 | 1.23 | 2.19 | 91 | 130.47 | 158.48 |
| 41 | 1.31 | 2.34 | 92 | 142.77 | 168.33 |
| 42 | 1.40 | 2.53 | 93 | 159.44 | 182.27 |
| 43 | 1.51 | 2.74 | 94 | 180.20 | 201.70 |
| 44 | 1.64 | 2.99 | 95 | 202.79 | 224.62 |
| 45 | 1.79 | 3.28 | 96 | 225.04 | 246.45 |
| 46 | 1.97 | 3.62 | 97 | 239.48 | 259.40 |
| 47 | 2.18 | 4.04 | 98 | 247.32 | 264.59 |
| 48 | 2.41 | 4.54 | 99 | 263.59 | 278.57 |
| 49 | 2.67 | 5.10 | 100 | 284.74 | 297.48 |
| 50 | 2.96 | 5.70 | 101 | 307.72 | 317.92 |
| 51 | 3.29 | 6.36 | 102 | 333.04 | 340.13 |
| 52 | 3.66 | 7.07 | 103 | 360.70 | 364.04 |
| 53 | 4.05 | 7.84 | 104 | 390.85 | 391.63 |
| 54 | 4.46 | 8.66 | 105 | 422.71 | 423.44 |
| 55 | 4.93 | 9.53 | 106 | 455.32 | 455.99 |
| 56 | 5.44 | 10.46 | 107 | 488.47 | 489.10 |
| 57 | 5.98 | 11.40 | 108 | 522.19 | 522.77 |
| 58 | 6.54 | 12.38 | 109 | 557.03 | 557.56 |
| 59 | 7.11 | 13.43 | 110 | 591.95 | 592.43 |
| 60 | 7.71 | 14.52 | 111 | 625.61 | 626.05 |
| 61 | 8.37 | 15.70 | 112 | 657.76 | 658.15 |
| 62 | 9.07 | 16.95 | 113 | 690.78 | 691.12 |
| 63 | 9.81 | 18.23 | 114 | 732.05 | 732.34 |
| 64 | 10.62 | 19.61 | 115 | 771.34 | 771.59 |
| 65 | 11.52 | 21.10 | 116 | 812.35 | 812.54 |
| 66 | 12.50 | 22.72 | 117 | 855.90 | 856.04 |
| 67 | 13.59 | 24.52 | 118 | 896.58 | 896.68 |
| 68 | 14.80 | 26.49 | 119 | 939.06 | 939.11 |
| 69 | 16.12 | 28.66 | 120 | 1000.00 | 1000.00 |
| 70 | 17.61 | 31.11 | | | |

This table is based on the Commissioner's 2001 Standard Ordinary Mortality. These rates apply to risks for whom insurance is issued on a non-smoker or smoker basis.

Esta tabla se basa en el Commissioner's 2001 Standard Ordinary Mortality Table. Estas tasas se aplican a los riesgos para los cuales se emite el seguro, considerando si se trata de personas fumadoras o no fumadoras.

## CORRIDOR PERCENTAGE TABLE
### *TABLA DE PORCENTAJES*

The corridor percentage is based on the insured's age at the insured's last birthday
*Los porcentajes mostrados en las tablas se basan en la edad del asegurado en la fecha de su último cumpleaños*

| ATTAINED AGE *EDAD CUMPLIDA* | CORRIDOR PERCENTAGE *PORCENTAJE* | ATTAINED AGE *EDAD CUMPLIDA* | CORRIDOR PERCENTAGE *PORCENTAJE* | ATTAINED AGE *EDAD CUMPLIDA* | CORRIDOR PERCENTAGE *PORCENTAJE* |
|---|---|---|---|---|---|
| 1 | 250 | 34 | 250 | 67 | 118 |
| 2 | 250 | 35 | 250 | 68 | 117 |
| 3 | 250 | 36 | 250 | 69 | 116 |
| 4 | 250 | 37 | 250 | 70 | 115 |
| 5 | 250 | 38 | 250 | 71 | 113 |
| 6 | 250 | 39 | 250 | 72 | 111 |
| 7 | 250 | 40 | 250 | 73 | 109 |
| 8 | 250 | 41 | 243 | 74 | 107 |
| 9 | 250 | 42 | 236 | 75 | 105 |
| 10 | 250 | 43 | 229 | 76 | 105 |
| 11 | 250 | 44 | 222 | 77 | 105 |
| 12 | 250 | 45 | 215 | 78 | 105 |
| 13 | 250 | 46 | 209 | 79 | 105 |
| 14 | 250 | 47 | 203 | 80 | 105 |
| 15 | 250 | 48 | 197 | 81 | 105 |
| 16 | 250 | 49 | 191 | 82 | 105 |
| 17 | 250 | 50 | 185 | 83 | 105 |
| 18 | 250 | 51 | 178 | 84 | 105 |
| 19 | 250 | 52 | 171 | 85 | 105 |
| 20 | 250 | 53 | 164 | 86 | 105 |
| 21 | 250 | 54 | 157 | 87 | 105 |
| 22 | 250 | 55 | 150 | 88 | 105 |
| 23 | 250 | 56 | 146 | 89 | 105 |
| 24 | 250 | 57 | 142 | 90 | 105 |
| 25 | 250 | 58 | 138 | 91 | 104 |
| 26 | 250 | 59 | 134 | 92 | 103 |
| 27 | 250 | 60 | 130 | 93 | 102 |
| 28 | 250 | 61 | 128 | 94 | 101 |
| 29 | 250 | 62 | 126 | 95 and above *y más* | 100 |
| 30 | 250 | 63 | 124 | | |
| 31 | 250 | 64 | 122 | | |
| 32 | 250 | 65 | 120 | | |
| 33 | 250 | 66 | 119 | | |

Page 6 / Página 6

## GENERAL PROVISIONS

**The contract**
The policy and any attached applications, riders, amendments or endorsements make up the whole contract. We issue the policy in return for the original application and the payment of the first premium. All statements made in the application by or on behalf of the insured are representations and not warranties unless fraud is involved. No such statement will be used to deny a claim, to void the policy or to contest the claim, unless it is contained in the application and a copy of the application is attached to the policy when it is issued or when an increase becomes effective.

Only an authorized officer of the Company can change or waive any of the terms of this contract. No such change or waiver will be valid unless we make it in writing.

**Issue date**
The issue date is the effective date for all coverage provided in the policy. It is the date from which we measure policy months and policy years. A policy anniversary occurs each year at the same month and day as the issue date. A policy month begins in each calendar month on the day in that month which is the same as the day of the issue date. If the day of the issue date is the 29th, 30th, or 31st, in any month which does not have that day the policy month will begin on the last day of that month.

**Age**
In this policy, age means the age of the insured on his/her last birthday.

**Misstatement of age or sex**
If the insured's age or sex is misstated in the application, we will adjust and pay the proceeds based on the insured's correct age and/or sex. This amount will be the death benefit which would have been purchased by using the correct cost of insurance.

**Misstatement of smoker status**
If the smoking status of the insured is misstated in the application and the insured dies within 2 years of the date of issue, we will adjust and pay the proceeds based on the correct smoking status of the insured. This amount will be the death benefit which would have been purchased by using the correct cost of insurance.

**Suicide exclusion**
If the insured commits suicide, while sane or insane within two years of the date of issue, we will make a limited payment to the beneficiary. We will pay in one sum the amount of all premiums paid to us less

Page 7

## CLAUSULAS GENERALES

**El contrato**
El contrato, en su totalidad, está formado por esta póliza y cualquier solicitud, aditamento, enmienda o endoso que se le agregue. La póliza se emite en base a la solicitud original y al pago de la primera prima. Todas las declaraciones hechas en la solicitud, por el asegurado o en su representación, se considerarán como declaraciones y no como garantías, excepto en casos de fraude. Tales declaraciones no se usarán como base para rechazar una reclamación, anular la póliza, ni impugnar una reclamación, a menos que la declaración de que se trate aparezca en la solicitud y una copia de ésta se haya agregado a la póliza en el momento de emitirla o cuando entre en vigor un incremento.

Solamente un funcionario autorizado por la Compañía puede cambiar o exonerar cualquiera de los términos de este contrato. Tales cambios o exoneraciones no serán válidos a no ser que consten por escrito.

**Fecha de emisión**
La fecha de emisión es la fecha efectiva para toda cobertura prevista en la póliza. Esta es la fecha a partir de la cual nosotros contamos los meses y años de la póliza. Un aniversario de la póliza ocurre cada año en el mismo mes y día de la fecha de emisión. Un mes de la póliza comienza en cada mes calendario en el día de ese mes que es el mismo que la fecha de emisión. Si el día de la fecha de emisión es el 29, 30 o 31 en cualquier mes que no contiene ese día, el mes de la póliza empezará en el último día de ese mes.

**Edad**
La palabra edad, en esta póliza, se refiere a la edad del asegurado en la fecha de su último cumpleaños.

**Declaración incorrecta de la edad o del sexo**
Si la edad o sexo del asegurado fue declarada incorrectamente en la solicitud, nosotros ajustaremos y pagaremos los beneficios basándonos en la edad y/o sexo correcto del asegurado. La cantidad resultante será el beneficio por fallecimiento que se hubiera podido comprar aplicando el costo correcto del seguro.

**Declaración incorrecta de la condición de fumador**
Si la condición de fumador o no fumador del asegurado fue declarada incorrectamente en la solicitud y el asegurado fallece dentro de los 2 años después de la fecha de emisión de la póliza, nosotros ajustaremos y pagaremos los beneficios basándonos en la condición correcta del asegurado. La cantidad resultante será el beneficio por fallecimiento que se hubiera podido comprar aplicando el costo correcto del seguro.

**Exclusión por suicidio**
En caso de suicidio del asegurado, estando o no en uso de sus facultades mentales, dentro de los primeros dos años siguientes a la fecha de emisión, nosotros haremos un pago limitado al beneficiario. Pagaremos en una suma total la cantidad de todas las primas pagadas a nosotros sustrayendo

Página 7

Form 276 Rev. 9/10

**GENERAL PROVISIONS (Cont'd)**

the following:

1. any debt outstanding;
2. any partial surrenders, and
3. the cost of any riders.

If the insured commits suicide, while sane or insane, within two years of the effective date of a reinstatement or increase in face amount, we will make a limited payment to the beneficiary. This payment will equal the cost of the reinstated benefits or the increase in face amount. With respect to increases, this two-year period will apply only to any increase you have requested.

**Other exclusions**
The benefits payable under this policy shall be limited to the premium paid hereon when death of the insured occurs while this policy is in force and directly results from:

* any activity that is illegal or criminal in nature;
* service in the Armed Forces or Police Forces of any country.

This exclusion does not apply to insureds who have no direct connection to or association with an illegal or criminal activity or persons directly engaged in such activity.

**Incontestability**
The insurance provided by this policy will not be contestable as follows:

1. with respect to the initial face amount, after two years from the date of issue of this policy;
2. with respect to each increase in face amount, after two years from the effective date of that increase; and
3. with respect to any face amount reinstated, after two years from the effective date of reinstatement.

If we contest any increase in death benefit or a reinstatement, it will be based only on the application for the increase or reinstatement.

**Termination of coverage**
All coverage provided by this policy will end on the earliest of the following:

1. the date the policy is surrendered;
2. the date of death of the insured;
3. lapse at the end of the grace period, if the amount needed to keep the policy in force is not paid to us.

---

**CLAUSULAS GENERALES (Cont.)**

las cantidades siguientes:

1. cualquier deuda pendiente;
2. cualquier liquidación parcial; y
3. el costo de cualquier aditamento.

En caso de suicidio del asegurado, estando o no en uso de sus facultades mentales dentro de los dos años siguientes a la fecha de efectividad de rehabilitación o incremento en la suma asegurada, haremos un pago limitado al beneficiario. Este pago será igual al costo del beneficio rehabilitado o del incremento en la suma asegurada. Con respecto a incrementos, este período de dos años se aplicará solamente a cualquier incremento que usted haya solicitado.

**Otras exclusiones**
Los beneficios que ofrece esta póliza serán limitados a la prima pagada cuando el fallecimiento del asegurado ocurra mientras esta póliza esté en efecto y sea resultado directo de:

* cualquier actividad de naturaleza ilegal o criminal;
* servicio en las Fuerzas Armadas o Fuerzas Policiales de cualquier país.

Esta exclusión no afecta a las personas aseguradas que no tengan relación directa o que no estén asociadas con cualquier actividad ilegal o criminal o con personas directamente involucradas en dichas actividades.

**Indisputabilidad de la póliza**
El seguro provisto en esta póliza no podrá impugnarse en los siguientes aspectos:

1. con relación a la suma asegurada inicial, después de transcurrir dos años a partir de la fecha de emisión de esta póliza;
2. con relación a cada incremento en la suma asegurada, después de transcurrir dos años a partir de la fecha de efectividad de ese incremento;
3. con relación a cualquier rehabilitación de la suma asegurada, después de transcurrir dos años a partir de la fecha de efectividad de la rehabilitación.

Si impugnamos cualquier incremento en el beneficio por fallecimiento o en una rehabilitación, la impugnación se basará únicamente en la solicitud para el incremento o la rehabilitación.

**Terminación de la cobertura**
Toda la cobertura provista por esta póliza cesará al ocurrir la primera de cualquiera de estas fechas:

1. la fecha en que la póliza sea liquidada;
2. la fecha del fallecimiento del asegurado;
3. la expiración del período de gracia, si no se nos ha pagado la cantidad necesaria para que la póliza se mantenga vigente.

## GENERAL PROVISIONS (Cont'd)

**Proceeds**
Proceeds means the amount we will pay:

1. after the death of the insured; or
2. if the policy is surrendered.

The proceeds we will pay after the death of the insured will be (a) plus (b) minus (c) minus (d) where:

(a) is the death benefit;
(b) is any additional benefit payable under the terms of any riders in force;
(c) is any outstanding debt; and
(d) is any monthly charge prior to the date of death which has not been deducted.

If you surrender this policy, we will pay you the net cash value.

We will pay the proceeds in one sum. Any proceeds we pay are subject to adjustments provided in the misstatement of age or sex, misstatement of smoker status, suicide exclusion, incontestability and other exclusion provisions of this policy.

**Non-participating**
Your policy is non-participating. It will not share in our profits or surplus earnings.

**Procedure for filing a claim**
The beneficiary or the legal representative of the insured's estate must notify us in writing to make a claim for proceeds payable at the death of the insured. We should receive the notice at our Home Office as soon after death as possible. When we receive notice, we will send the forms for filing proof of loss for completion.

Proof of claim shall include:

1. evidence of the death of the insured and the cause of death;
2. evidence of the right of the claimant to be paid;
3. proof of age of the insured;
4. return of the original policy; and
5. any other information which we may reasonably require to establish the validity of the claim.

Proof of claim should be submitted to our Home Office within 90 days following the death of the insured.

## CLAUSULAS GENERALES (Cont.)

**Beneficios**
Por beneficios se entiende la cantidad que pagaremos:

1. después del fallecimiento del asegurado; o
2. al liquidarse esta póliza.

Los beneficios que pagaremos después del fallecimiento del asegurado se calcularán así: (a) más (b) menos (c) menos (d) entendiéndose que:

(a) es el beneficio por fallecimiento;
(b) es cualquier beneficio adicional que fuese pagadero bajo los términos de cualquier aditamento vigente;
(c) es cualquier deuda pendiente; y
(d) es cualquier cargo mensual que no haya sido efectuado antes de la fecha de fallecimiento.

Si usted liquida esta póliza, le pagaremos el valor efectivo neto.

Pagaremos los beneficios en un pago único. Cualesquier beneficios que paguemos estarán sujetos a los ajustes contemplados en las cláusulas de esta póliza relativas a la declaración incorrecta de la edad o el sexo, la declaración incorrecta de la condición de fumador o no fumador, la exclusión por suicidio, la indisputabilidad y otras exclusiones.

**Cláusula de no participación**
Su póliza no tiene derecho de participación. No participará en nuestras utilidades ni en nuestro superávit ganado.

**Presentación de un reclamo**
El beneficiario o representante legal de la herencia del asegurado debe formular por escrito la reclamación de los beneficios que sean pagaderos al ocurrir el fallecimiento del asegurado. Nuestra Casa Matriz debe recibir esta reclamación tan pronto como sea posible. Al recibir dicha notificación, enviaremos las planillas que deben completarse para que se someta la prueba del fallecimiento.

La prueba de reclamación incluirá:

1. prueba de fallecimiento del asegurado y de la causa de la muerte;
2. prueba del derecho del reclamante a solicitar el pago;
3. prueba de la edad del asegurado;
4. devolución de la póliza original; y
5. cualquier otra información que nosotros podamos razonablemente solicitar para establecer la validez del reclamo.

La prueba de reclamación debe someterse a nuestra Casa Matriz dentro de los 90 días siguientes al fallecimiento del asegurado.

Form 276 Rev. 9/10

**GENERAL PROVISIONS** (Cont'd)

**Jurisdiction and legal matters**
Exclusive jurisdiction of any matters arising out of this policy and any matter related to the application, representations made, and/or denial of claims shall be under the courts located in the State of Florida, United States of America, to the exclusion of any other jurisdiction. We, you, and any insured covered by this policy hereby expressly agree to trial by judge and specifically waive trial by jury in any legal action arising directly or indirectly from this policy.

**Annual report**
We will send you a report once each year. It will include the following:

1. the current report period;
2. the accumulated value at the end of the previous report period and at the end of the current period;
3. the current death benefit at the end of the current report period on each life covered by the policy;
4. the cash value at the end of the current period;
5. the amount of outstanding loans, if any, at the end of the current report period;
6. premiums paid since the last report;
7. interest credited since the last report;
8. partial surrenders made since the last report; and
9. charges deducted since the last report.

**Projection of benefits and values**
We will provide you with a projection of future death benefits and values at any time upon written request by you. We will charge you a fee for this service as determined by us.

**Notices and reports**
All notices or reports we send will be deemed delivered to the persons entitled to receive them when we mail them to their last known address as contained in our records.

**Home office**
Our Home Office is at 8950 S.W. 74 Court, Miami, Florida 33156.

## OWNERSHIP, ASSIGNMENT AND BENEFICIARY

**Owner**
The owner is named in the application. While the insured is alive, the owner may:

1. take out a loan;

---

**CLAUSULAS GENERALES** (Cont.)

**Jurisdicción y asuntos legales**
La jurisdicción exclusiva de cualquier asunto que surja con relación a esta póliza, así como de cualquier tema relacionado con la solicitud, declaraciones hechas y/o la desaprobación de reclamos, quedará bajo los tribunales localizados en el estado de la Florida, Estados Unidos de Norte América, con la exclusión de cualquier otra jurisdicción. Nosotros, usted y cualquier asegurado cubierto bajo esta póliza convienen por este medio, aceptar un juicio por un juez y específicamente renuncian a un juicio por jurado en relación a cualquier asunto legal que surja directa o indirectamente de esta póliza.

**Reporte anual**
Le enviaremos una vez al año un reporte que incluirá los siguientes datos:

1. el período al cual corresponde el reporte;
2. el valor acumulado correspondiente al período anterior y el correspondiente al período actual;
3. el beneficio por fallecimiento de cada asegurado cubierto por la póliza que corresponde al período actual;
4. el valor efectivo al finalizar el período actual;
5. el saldo de los préstamos sobre la póliza, si los hubiere, al finalizar el período actual;
6. primas pagadas desde el último reporte;
7. intereses acreditados desde el último reporte;
8. liquidaciones parciales efectuadas desde el último reporte; y
9. cargos deducidos desde el último reporte.

**Proyección de beneficios y valores**
Le suministraremos una proyección de los futuros beneficios por fallecimiento y de los valores de la póliza, en cualquier momento en que usted así nos lo solicite por escrito. Por este servicio le cargaremos una cuota determinada por nosotros.

**Notificaciones y reportes**
Se entenderá que todas las notificaciones y reportes que enviemos han sido entregadas a las personas que tienen derecho a recibirlas cuando los enviemos por correo a su última dirección postal que aparezca en nuestros archivos.

**Casa matriz**
La dirección de nuestra Casa Matriz es 8950 S.W. 74 Court, Miami, Florida 33156.

## TITULARIDAD, CESIONES Y BENEFICIARIOS

**Titular de póliza**
El titular de póliza está designado en la solicitud. Mientras el asegurado viva, el titular puede:

1. tomar préstamos sobre la póliza;

**OWNERSHIP, ASSIGNMENT AND BENEFICIARY**
(Cont'd)

2. assign the policy;
3. surrender the policy;
4. make a partial surrender;
5. exercise all other rights granted by the policy.

All rights of the owner are subject to the consent of any assignee of record and any beneficiary named irrevocably.

**Transfer of ownership**
The owner may transfer ownership of the policy to another who will have, on the effective date of transfer, all rights of the owner. The transfer must be made by written notice. Once received by us, the transfer will be effective on the date the owner signed the notice. Any payment made or action taken by us before we receive such notice will not be affected.

**Contingent owner**
If the insured is not the owner, the owner may name a contingent owner who will become owner if the original owner dies while this policy is in force. If a contingent owner is not named, the owner's estate will own the policy. Any transfer of ownership will revoke any named contingent owner.

**Assignment**
No assignment will be binding on us unless it is in writing and recorded by us at our Home Office. Any payment we made before recording an assignment will not be affected. We are not responsible for the validity of any assignment. The rights of the owner and any beneficiary may be affected by an assignment.

**Beneficiary**
The beneficiary will receive the proceeds of this policy payable because of the death of the insured. Unless a new beneficiary is named, the beneficiary named on the application will receive the proceeds.

If no beneficiary is named, or if those named die before the insured dies, proceeds will be paid to the owner or the owner's legal successor. We reserve the right to verify identity, age, sex or any other factor of any beneficiary. Unless directed otherwise, if two or more persons are beneficiaries, those who survive the insured will be paid in equal shares.

**TITULARIDAD, CESIONES Y BENEFICIARIOS** (Cont.)

2. ceder la póliza;
3. liquidar la póliza;
4. liquidar parcialmente la póliza;
5. ejercer todos los demás derechos que la póliza le concede.

Todos los derechos del titular están sujetos al consentimiento de cualquier cesionario que aparezca registrado y de cualquier beneficiario que haya sido irrevocablemente designado.

**Transferencia de la titularidad**
El titular puede transferir la titularidad de la póliza a cualquier otra persona quien tendrá en la fecha de efectividad de la transferencia, todos los derechos correspondientes al titular. La transferencia debe hacerse mediante notificación por escrito. Una vez que nosotros la hayamos recibido, la misma será efectiva en la fecha en que el titular firmó la notificación. Cualquier pago que se haya hecho o cualquier medida que hayamos tomado antes de recibir dicha notificación, no resultará afectado.

**Titular contingente**
Si el asegurado no es el titular, este último podrá designar un titular contingente, que se convertirá en titular de la póliza si el titular original fallece mientras esta póliza esté vigente. Si no se ha designado un titular contingente, la herencia del titular será propietaria de la póliza. Cualquier transferencia de titularidad revocará la designación de cualquier titular contingente.

**Cesión de la póliza**
Ninguna cesión de la póliza tendrá efecto obligatorio para nosotros a menos que se haya hecho por escrito y se haya registrado en nuestra Casa Matriz. Cualquier pago que hayamos efectuado antes de que una cesión haya sido registrada no resultará afectado. No somos responsables por la validez de ninguna cesión. Los derechos del titular de póliza y de cualquier beneficiario pueden resultar afectados por una cesión.

**Beneficiario**
El beneficiario recibirá el beneficio de esta póliza que sea pagadero por el fallecimiento del asegurado. A menos que se haya designado un nuevo beneficiario, el beneficiario designado en la solicitud será el que recibirá el beneficio.

Si no se ha designado un beneficiario, o si los beneficiarios designados han fallecido antes que el asegurado, el beneficio se pagará al titular de póliza o a su sucesor legal. Nos reservamos el derecho de verificar la identidad, edad, sexo o cualquier factor relativo de cualquier beneficiario. A menos que hay sido indicado de otra manera, si dos o más personas son beneficiarios, aquellos que sobrevivan al asegurado serán pagados en partes iguales.

Form 276 Rev. 9/10

## OWNERSHIP, ASSIGNMENT AND BENEFICIARY
(Cont'd)

### Change of beneficiary
While the insured is alive, the owner may change the beneficiary. The change must be made in writing and recorded by us at our Home Office. Once recorded, even if the insured is not alive, the change will be effective as of the date the request was signed. Any payment made or action taken by us before we recorded the change will not be affected. If the owner has named an irrevocable beneficiary in writing, no change can be made without the written consent of that beneficiary.

## INSURANCE COVERAGE PROVISIONS

### Death benefit
Subject to the terms of this policy, the death benefit will be provided according to Option A or B defined below, as shown on the policy data page.

### OPTION A
The death benefit will be the greater of:

1. the face amount on the date of death of the insured; or
2. the corridor adjusted death benefit as defined below.

### OPTION B
The death benefit will be the greater of:

1. the face amount plus the accumulated value on the date of death of the insured; or
2. the corridor adjusted death benefit as defined below.

The corridor adjusted death benefit is equal to the accumulated value on the date of death of the insured multiplied by the appropriate corridor percentage.

The current corridor percentages are shown in the corridor percentage table. We have the right to change these percentages in accordance with future changes in the Internal Revenue Code, Section 7702 so that this policy remains qualified as life insurance.

The credited interest rate will determine whether or not the policy qualifies as a U.S. life insurance policy under Section 7702 of the Internal Revenue Code. In the event the policy does not qualify, you will be notified.

### Change of death benefit option
The owner may elect to change the death benefit option at any time after the first policy anniversary by written application made to our Home Office, if:

## TITULARIDAD, CESIONES Y BENEFICIARIOS (Cont.)

### Cambio de beneficiario
El titular puede mientras el asegurado viva, cambiar el beneficiario. Este cambio debe ser por escrito y debe ser registrado en nuestra Casa Matriz. Una vez registrado, aún si el asegurado no viviere, el cambio será efectivo desde la fecha en que se firmó la solicitud. Cualquier pago que hayamos hecho o cualquier medida que hayamos tomado antes de que el cambio se haya registrado, no será afectado. Si el titular ha designado por escrito a un beneficiario con carácter irrevocable, no se harán cambios sin el consentimiento por escrito de ese beneficiario.

## CLAUSULAS RELATIVAS A LA COBERTURA DEL SEGURO

### Beneficio por fallecimiento
De acuerdo a los términos de esta póliza, el beneficio por fallecimiento será provisto de conformidad con la Opción A o B, tal como aparece en la página de datos de la póliza.

### Opción A
El beneficio por fallecimiento será igual a la mayor de las dos cantidades siguientes:

1. la suma asegurada de la póliza en la fecha del fallecimiento del asegurado; o
2. el beneficio por fallecimiento ajustado tal como se explica a continuación.

### Opción B
El beneficio por fallecimiento será igual a la mayor de las dos cantidades siguientes:

1. la suma asegurada más el valor acumulado en la fecha del fallecimiento del asegurado;
2. el beneficio por fallecimiento ajustado tal como se explica a continuación.

El beneficio por fallecimiento ajustado es igual al valor acumulado de la póliza en la fecha del fallecimiento del asegurado, multiplicado por el porcentaje apropiado.

Los porcentajes vigentes actualmente aparecen en la correspondiente tabla de porcentajes. Tenemos el derecho de cambiar esos porcentajes de acuerdo con los cambios futuros que se efectúen en el Código de Rentas Internas, Sección 7702, para que esta póliza pueda seguir considerada como una póliza de seguro de vida.

La tasa de interés acreditada determinará si la póliza califica o no como una póliza de seguro de vida de los Estados Unidos de acuerdo a la Sección 7702 del Código de Rentas Internas. En el caso que la póliza no califique, usted será notificado.

### Cambio de opción de beneficio por fallecimiento
El titular puede cambiar la opción de beneficio por fallecimiento, en cualquier momento después del primer aniversario de la póliza, mediante una solicitud por escrito dirigida a nuestra Casa Matriz, si:

**INSURANCE COVERAGE PROVISIONS** (Cont'd)

1. the current death benefit is not equal to the corridor adjusted death benefit, as defined above; and
2. the requested change would not result in a face amount less than the minimum face amount as shown on the policy data page.

If the change is from Option A to Option B, the face amount will decrease by an amount equal to the accumulated value. If the change is from Option B to Option A, the face amount will increase by the amount of the accumulated value. We may require evidence of insurability prior to any change from Option A to Option B.

Any change will be effective on the first day of the policy month that falls on or next follows our approval of a request for a change. At least twelve months must elapse between each change of death benefit option.

**Changes in insurance coverage**
The owner may request an increase or decrease in the face amount provided by this policy. The policy must have been in effect for one year. The owner must make any request in writing on a form acceptable to us and send it to our Home Office.

At least twelve months must elapse between each increase or decrease. Any change is subject to the following conditions:

1. **INCREASES:** An increase will be effective on the first day of the policy month that falls on or next follows our approval of a request for an increase.

   We may request satisfactory evidence of insurability. No increase will be made if the accumulated value is not sufficient to cover the next monthly charge. We will issue a new policy data page for each increase in face amount.

2. **DECREASES:** A decrease will be effective on the first day of the policy month that falls on or next follows our receipt of a request. Such a decrease will reduce insurance in the following order:

   1. from the most recent increase, if any;
   2. successively from the next most recent increases, if any;
   3. from the initial face amount of the policy.

**CLAUSULAS RELATIVAS A LA COBERTURA DEL SEGURO** (Cont.)

1. el beneficio por fallecimiento actual no es igual al beneficio por fallecimiento ajustado, tal como se ha definido anteriormente;
2. el cambio solicitado no produce una suma asegurada inferior al valor nominal mínimo que aparece en la página de datos de la póliza.

Si se cambia la Opción A por la Opción B, la suma asegurada disminuirá en una cantidad igual al valor acumulado. Si el cambio es de la Opción B para la Opción A, la suma asegurada incrementará en una cantidad igual al valor acumulado. Nosotros podemos solicitar prueba de asegurabilidad antes de que la Opción A se cambie por la Opción B.

Cualquier cambio será efectivo en el primer día del mes de la póliza que caiga en el mismo día o después de la fecha en que nosotros aprobemos la solicitud de cambio. Entre cada cambio de opción deben transcurrir por lo menos doce meses.

**Cambios en la cobertura del seguro**
El titular puede solicitar un incremento o una disminución en la suma asegurada proporcionada por esta póliza. La póliza debe haber estado en vigor un año. El titular debe presentar su petición por escrito, en forma aceptable por nosotros y enviarla a nuestra Casa Matriz.

Entre cada incremento o disminución deben transcurrir por lo menos doce meses. Cualquier cambio estará sujeto a las condiciones especificadas a continuación:

1. **INCREMENTOS:** Entrarán en vigor en el primer día del mes de la póliza que caiga en la misma fecha en que aprobemos la solicitud de incremento o que caiga inmediatamente después de dicha aprobación.

   Nos reservamos el derecho de pedir prueba satisfactoria de asegurabilidad. No se hará ningún incremento si el valor acumulado de la póliza no es suficiente para cubrir el próximo cargo mensual. Emitiremos una nueva página de datos de la póliza por cada incremento en la suma asegurada.

2. **DISMINUCIONES:** Entrarán en vigor en el primer día del mes de la póliza que caiga en la misma fecha en que recibamos tal solicitud o que caiga inmediatamente después de esa fecha. Estas disminuciones reducirán el seguro en el siguiente orden:

   1. del incremento más reciente, si lo hubiere;
   2. sucesivamente del incremento más reciente, si lo hubiere, en orden cronológico regresivo;
   3. de la suma asegurada inicial de la póliza.

Form 276 Rev. 9/10

## INSURANCE COVERAGE PROVISIONS (Cont'd)

The face amount after any requested decrease may not be less than the minimum face amount shown on the policy data page. We will issue a new policy data page for each decrease of face amount.

3. **INTERNAL REVENUE CODE LIMITATIONS**: Increases or decreases in the face amount will be allowed only if the policy will continue to qualify as life insurance under Section 7702 of the Internal Revenue Code.

## PREMIUM PROVISIONS

### First premium
The first premium must be paid as of the issue date. It is required to put this policy in force.

### Scheduled premiums
Scheduled premiums payments may be made periodically during the insured's life. The owner may change the amount of scheduled premiums.

We reserve the right to limit the amount of any increase or decrease in the amount of scheduled premiums in order to comply with the Internal Revenue Code Section 7702.

### Unscheduled premiums
The owner may make unscheduled premium payments at any time the policy is in force. We reserve the right in any policy year to limit the amount of such unscheduled premiums if payment would result in an increase in the death benefit.

### Minimum annual premium
This policy, at all issue ages, will not lapse during the first eight policy years if the sum of all premiums paid to date minus any policy loans and partial surrenders is equal to the minimum premium shown on the policy data page prorated to date.

### Refund of excess premium
Under the provisions of Section 7702 of the Internal Revenue Code, there is a limitation on premiums which may be paid annually if a policy is to continue to qualify as life insurance. Any premium payments made in excess of this limitation will be refunded, with interest, within 60 days of the next policy anniversary.

### Payment of premiums
If any check or instrument given in payment is not honored when presented for payment, the premium will remain unpaid. Cash payments shall not be considered as payment.

## CLAUSULAS RELATIVAS A LA COBERTURA DEL SEGURO (Cont.)

La suma asegurada después de cualquier disminución solicitada no podrá ser inferior a la suma asegurada mínima indicada en la página de datos de la póliza. Emitiremos una nueva página de datos de la póliza por cada disminución de la suma asegurada.

3. **LIMITACIONES IMPUESTAS POR EL CODIGO DE RENTAS INTERNAS**: Los incrementos y reducciones en la suma asegurada se permitirán solamente si la póliza puede seguir considerándose como una póliza de seguro de vida, conforme a la Sección 7702 del Código de Rentas Internas.

## CLAUSULAS RELATIVAS A LAS PRIMAS

### Primera prima
La primera prima deberá abonarse en la fecha de emisión. Este es un requisito para que esta póliza entre en vigor.

### Primas programadas
Las primas programadas pueden ser satisfechas periódicamente mientras el asegurado viva. El titular puede cambiar la cantidad de las primas programadas.

Nos reservamos el derecho de limitar la cantidad de cualquier incremento o reducción de las primas programadas para cumplir con la Sección 7702 del Código de Rentas Internas.

### Primas no programadas
El titular puede hacer pagos no programados por concepto de primas en cualquier momento mientras la póliza esté vigente. Nos reservamos el derecho en cualquier año de la póliza, de limitar la cantidad de las primas no programadas, si tales pagos pueden producir como resultado un incremento del beneficio por fallecimiento.

### Prima mínima anual
Esta póliza, en todas las edades que se emita, no caducará durante los ocho primeros años de la póliza si la suma de todas las primas pagadas a la fecha, menos cualquier préstamo y liquidación parcial, es igual a la prima mínima mostrada en la página de datos prorrateada a la fecha.

### Reembolso de primas pagadas en exceso
La Sección 7702 del Código de Rentas Internas limita las primas que pueden pagarse anualmente si es que la póliza ha de seguir considerándose como una póliza de seguro de vida. Cualquier prima satisfecha en exceso de esa limitación será reembolsada, con el interés correspondiente, dentro de los 60 días siguientes al próximo aniversario de la póliza.

### Pago de primas
Si cualquier cheque u otro instrumento de pago no son canjeados cuando se presenten para su pago, se considerará que la prima correspondiente no ha sido satisfecha. Los pagos en efectivo no serán considerados como pagos.

**PREMIUM PROVISIONS** (Cont'd)

The surrender charge on the effective date of reinstatement will be the charge shown in the table of surrender charges and shall be measured from the original policy date. The incontestability provisions of this policy will apply from the effective date of reinstatement; however, if the policy has been in force for two years during the lifetime of the insured, it will be contestable only as to statements made in the application for reinstatement.

If reinstatement occurs after the eighth anniversary of the original issue date, the required reinstatement premium will be equal to the greater of a. or b. divided by one minus the expense charge for the policy year when reinstatement occurs.

    a.  the surrender charge defined above, less the accumulated value defined above, plus two monthly charges, at time of reinstatement; or

    b.  two monthly charges at time of reinstatement.

If reinstatement occurs prior to the eighth anniversary of the original issue date the required reinstatement premium will be equal to the lesser of:

    (a)  reinstatement premium as defined above, or

    (b)  the minimum monthly premium multiplied by the number of months from original issue date to the reinstatement date, plus the amount of any partial surrenders prior to lapse, plus two additional minimum monthly premiums, less the total premiums paid to us prior to lapse.

## POLICY VALUES

**Accumulated value**
The accumulated value on the issue date is equal to the premiums paid less the expense charge and less the monthly charge for the first policy month.

The accumulated value on the first day of a policy month other than the issue date is equal to (a) plus (b) minus (c) minus (d) where:

    (a)  is the accumulated value on the first day of the previous policy month plus one month's interest;

    (b)  is all premiums received since the first day of the previous policy month less the expense charges plus interest on the net amounts since date of receipt;

**CLAUSULAS RELATIVAS A LA PRIMA** (Cont.)

El cargo por liquidación, en la fecha de efectividad de la rehabilitación, será el que aparece en la tabla de cargos por liquidación y se computará desde la fecha original de la póliza. La cláusula de indisputabilidad de esta póliza se aplicará desde la fecha de efectividad de rehabilitación; sin embargo, si la póliza ha estado en vigor por dos años durante la vida del asegurado, sólo podrá impugnarse con relación a las declaraciones contenidas en la solicitud de rehabilitación.

Si la rehabilitación ocurre después del octavo aniversario de la fecha de emisión original, la prima requerida de rehabilitación será igual a la que sea mayor entre a. o b. dividido entre uno menos el cargo por gastos correspondiente al año de la póliza durante el cual ocurre la rehabilitación.

    a.  el cargo por liquidación previamente definido, menos el valor acumulado previamente definido, más el importe de dos cargos mensuales, en el momento de la rehabilitación; o

    b.  el importe de dos cargos mensuales en el momento de la rehabilitación.

Si la rehabilitación tiene lugar antes del octavo aniversario de la fecha de emisión original, la prima requerida de rehabilitación será igual a la que sea menor entre las dos cantidades siguientes:

    (a)  la prima de rehabilitación, previamente definida;

    (b)  la prima mínima mensual, multiplicada por el número de meses transcurridos desde la fecha de emisión original hasta la fecha de rehabilitación, más la cuantía de cualquier liquidación parcial anterior a la caducidad de la póliza, más las primas mínimas mensuales correspondientes a dos meses adicionales, menos el total de las primas que se nos haya abonado con anterioridad a la caducidad de la póliza.

## VALORES DE LA POLIZA

**Valor acumulado**
El valor acumulado en la fecha de la póliza es igual a las primas pagadas menos el importe del cargo por gastos y menos el cargo mensual por el primer mes de la póliza.

El valor acumulado en el primer día de cualquier mes de la póliza que no coincida con la fecha de la póliza será igual a (a) más (b), menos (c), menos (d) entendiéndose que:

    (a)  es el valor acumulado en el primer día del mes anterior de la póliza, más los intereses de un mes;

    (b)  son todas las primas recibidas a partir del primer día del mes anterior de la póliza, menos los cargos por gastos, más intereses sobre las cantidades netas desde la fecha en que se hayan recibido;

POLICY VALUES (Cont'd)

(c) is all partial surrenders made since the first day of the previous policy month plus interest from the date of surrender;
(d) is the monthly charge for the current policy month.

The accumulated value on any other day is calculated in a consistent manner.

**Cash value**
The cash value is the accumulated value less any surrender charges less any excess interest forfeited.

The amount of excess interest forfeited is equal to the excess interest credited during the twelve months prior to the date of surrender.

**Surrender charge**
The surrender charges are shown in the table on the policy data page. The initial face amount and each increase in face amount incur such charges as shown in the table.

**Net cash value**
Net cash value is the cash value less any debt.

**Expense charge**
An expense charge is deducted from each premium payment. The expense charge can never exceed 95% in the first policy year, 12.5% in policy years 2 – 10, and 7% thereafter.

We will determine the expense charge for each year based on our expectations about the future. The current expense charges are shown on the policy data page.

**Monthly administrative charge**
A monthly administrative charge not to exceed $7 per month may be levied. We will determine the monthly administrative charge for each year based on our expectations about the future.

The current monthly administrative charge is shown on the policy data page.

**Monthly charge**
A monthly charge is deducted on the first day of each policy month. The monthly charge is the sum of (a) and (b) and (c) where:

1. is the cost of insurance;
2. is the cost of any riders;
3. is the monthly administrative charge.

Page 17

VALORES DE LA POLIZA (Cont.)

(c) son todas las liquidaciones parciales hechas a partir del primer día del mes anterior de la póliza, más los intereses a partir de la fecha de la liquidación;
(d) es el cargo mensual correspondiente al mes en curso de la póliza.

El valor acumulado en cualquier otra fecha se calcula de modo similar.

**Valor efectivo**
El valor efectivo es igual al valor acumulado, menos cualquier cargo de liquidación, menos los intereses en exceso restados.

La cantidad de los intereses en exceso restados es igual a los intereses en exceso acreditados durante los doce meses anteriores a la fecha de liquidación.

**Cargos de liquidación**
Los cargos de liquidación aparecen en la tabla incluida en la página de datos de la póliza. La suma asegurada inicial y todos los incrementos de la suma asegurada incurren en dichos cargos, como se muestra en la tabla.

**Valor efectivo neto**
El valor efectivo neto es igual al valor efectivo menos el importe de cualquier deuda.

**Cargos por gastos**
Del pago de cada prima se deduce un cargo por concepto de gastos. Este cargo nunca excederá el 95% en el primer año de la póliza, 12.5% en los años 2 – 10, y 7% de allí en adelante.

Nosotros determinaremos cada año el cargo por gastos, basándonos en nuestras expectativas para el futuro. Los cargos por gastos actualmente vigentes aparecen en la página de datos de la póliza.

**Cargo mensual por administración**
Un cargo mensual por administración no mayor de $7 por mes podrá ser recaudado. Determinaremos el cargo mensual por administración para cada año basados en nuestras proyecciones para el futuro.

El presente cargo mensual por administración está mostrado en la página de datos de la póliza.

**Cargo mensual**
Se deducirá un cargo mensual el primer día de cada mes de la póliza. El cargo mensual es igual a la suma de (a), (b) y (c), entendiéndose que:

1. es el costo del seguro;
2. es el costo de cualquier aditamento;
3. es el cargo mensual por administración.

Página 17

## POLICY VALUES (Cont'd)

### Cost of insurance

The cost of insurance is determined on the first day of each policy month. The cost is computed separately for the initial face amount and each face amount increase. The accumulated value less the monthly administrative charge for the current month is first considered part of the initial face amount.

If this value is more than the initial face amount, the excess over the initial face amount will be considered part of the increased face amount resulting from the increases in the order in which they occurred.

The cost of insurance is equal to:

1.  the death benefit on the first day of the policy month; minus
2.  the accumulated value on the first day of the policy month; plus
3.  the monthly administrative charge for the current month; plus
4.  the monthly charge for any rider which does not depend on the amount of the accumulated value; multiplied by
5.  the cost of insurance rate for that month.

### Cost of insurance rate

The cost of insurance rate is determined separately for the initial face amount and each face amount increase. The rates are based on:

1.  the age of the insured on the issue date or date of increase and the duration of the policy, or each increase, in years; and

2.  the premium class shown on the policy data page.

The premium class with the most recent effective date will apply to any increase in death benefit which results from the death benefit's being equal to a percentage of the accumulated value.

We will determine the cost of insurance rate for each year based on our expectations about future experience.

The cost of insurance rates for standard risks will never be greater than the guaranteed rates shown in the table of guaranteed maximum rates of insurance.   For substandard risks, the guaranteed maximum rates will be increased in a manner consistent with the rates for standard risks.

## VALORES DE LA POLIZA (Cont.)

### Costo del seguro

El costo del seguro se determina el primer día de cada mes de la póliza.  Este costo se computa por separado para la suma asegurada inicial y para cada incremento de la suma asegurada.  El valor acumulado menos el cargo mensual por administración al mes que esté transcurriendo, se considera primero como parte de la suma asegurada inicial.

Si ese valor es superior a la suma asegurada inicial, la cantidad en exceso de la suma asegurada inicial será considerada como parte de la suma asegurada incrementada que resulte de los incrementos en el orden en que hayan ocurrido.

El costo del seguro es igual a:

1.  el monto del beneficio por fallecimiento en el primer día del mes de la póliza; menos
2.  el valor acumulado en el primer día del mes de la póliza; más
3.  el cargo mensual por administración correspondiente al mes que esté transcurriendo; más
4.  el cargo mensual correspondiente a cualquier aditamento que no depende del valor acumulado; multiplicado por
5.  la tasa del costo de seguro para ese mes.

### Tasa del costo de seguro

La tasa del costo de seguro se determina por separado para la suma asegurada inicial y para cada incremento de la suma asegurada.  Las tasas se basan en:

1.  la edad del asegurado en la fecha de emisión o en la fecha de incremento y la duración de la póliza o de cada uno de los incrementos, expresados en años; y

2.  la clase de prima que aparece indicada en la página de datos de la póliza.

La clase de prima con la fecha de vigencia más reciente, se aplicará a cualquier incremento del beneficio por fallecimiento que resulte cuando el beneficio por fallecimiento es un porcentaje del valor acumulado.

Determinaremos anualmente la tasa del costo de seguro basándonos en nuestras expectativas para el futuro.

Las tasas del costo de seguro, para riesgos normales o estándar, nunca serán mayores que las tasas garantizadas mostradas en la tabla de tasas de seguro máximas garantizadas.  Para riesgos que no sean los normales (riesgos subestándar), las tasas máximas garantizadas se incrementarán en una forma para mantener consistencia con las tasas de riesgos normales o estándar.

## POLICY VALUES (Cont'd)

### Interest rate

The interest rate to be used in calculating the accumulated value during each policy month, or portion thereof, shall be equal to or greater than 0.24663% per month compounded monthly. This rate is equal to the guaranteed rate of 3.0% per year compounded annually.

Interest credited on the portion of the accumulated value that is equal to the amount of indebtedness on the policy may be at a rate different from that credited on the remaining portion. However, no interest will be credited at less than the guaranteed rate.

Interest in excess of the above rate may be credited to the accumulated value at the option of the Company based upon its expectations as to future interest rates.

For surrenders occurring within 16 years of the issue date, excess interest for the past 12 months will be forfeited.

### Partial surrender

After the first policy year and while the insured is alive, the owner may request, in writing, to surrender part of the cash value.

Such a partial surrender will be subject to the following terms:

1. the minimum amount of any partial surrender will be $250;
2. the net cash value remaining must equal at least $250 plus the monthly charge for the policy month following the partial surrender;
3. if death benefit Option A has been elected, the amount of the partial surrender will be subtracted from the face amount in the following order:
   (a) from the most recent increase, if any;
   (b) successively from the next most recent increase, if any; and
   (c) from the initial face amount of the policy. The face amount left after such reduction must be at least equal to the minimum face amount shown on the policy data page.
4. we will deduct a partial surrender charge for each partial surrender. It will be no more than $25;
5. only one partial surrender may be made in a policy year;

## VALORES DE LA POLIZA (Cont.)

### Tasa de interés

La tasa de Interés que se aplicará para calcular el valor acumulado durante cada mes de la póliza, o fracción de mes, será por lo menos el 0.24663% mensual, compuesto mensualmente. Esta tasa es igual al 3.0% anual, compuesto anualmente.

El interés acreditado sobre la porción del valor acumulado que iguale a la cantidad adeudada sobre la póliza pudiera acreditarse bajo una tasa distinta a la tasa aplicada al resto del valor acumulado. Sin embargo, esa tasa de interés nunca será inferior a la tasa garantizada.

El interés en exceso de la tasa arriba establecida podrá acreditarse al valor acumulado a opción de la Compañía, que se basará en las expectativas respecto a las futuras tasas de interés.

Para las liquidaciones que tengan lugar dentro de los 16 años siguientes a la fecha de emisión, el interés en exceso de los últimos 12 meses será restado.

### Liquidación parcial

Después del primer año de la póliza y en vida del asegurado, el titular puede solicitar por escrito una liquidación parcial del valor efectivo.

Tal liquidación parcial estará sujeta a los siguientes términos:

1. la cantidad mínima de cualquier liquidación parcial será $250;
2. el valor efectivo neto que quede después de la liquidación parcial debe ser por lo menos $250 más el cargo mensual correspondiente al mes de la póliza siguiente a la liquidación parcial;
3. si se ha seleccionado la Opción A en cuanto al beneficio por fallecimiento, la cantidad de la liquidación parcial se sustraerá de la suma asegurada en el orden siguiente:
   (a) del incremento más reciente, si lo hubiere;
   (b) de los incrementos más recientes, si los hubiere, sucesivamente y en orden regresivo;
   (c) de la suma asegurada inicial de la póliza; La suma asegurada que quede después de dicha reducción será por lo menos igual a la suma asegurada mínima que aparece en la página de datos de la póliza;
4. deduciremos un cargo por concepto de liquidación parcial en cada una de las liquidaciones parciales. Dicho cargo no será superior a $25;
5. solamente se puede efectuar una liquidación parcial en un año de póliza;

Form 276 Rev. 9/10

**POLICY VALUES** (Cont'd)

6.  we have the right to postpone payment of the partial surrender for up to six months unless it is used to pay a premium to us.

**Surrender**

You can surrender this policy at any time. The cash surrender value is equal to the net cash value. The following conditions must be met:

(a) any request to surrender must be in writing on a form acceptable to us;
(b) the original policy must be returned to us at our Home Office;
(c) the insured must be alive on the effective date of this surrender.

We may postpone payment of the cash surrender value for up to six months unless it is used to pay a premium to us. If a request to surrender is made within 30 days after a policy anniversary, the cash surrender value will not be less than the cash surrender value on that anniversary, less any debt or partial surrenders made on or after that anniversary. No insurance will be in force once we receive a request to surrender.

**Continuation of insurance**

If the scheduled premium payments are not paid as scheduled and no unscheduled premium is paid, this policy will continue in force until the cash value at the beginning of a policy month is not sufficient to cover the monthly charge for that month. At such time, the grace period provision will apply. In no case will a rider continue beyond the date it would otherwise terminate.

**Basis of calculation of values**

Minimum cash values and maximum cost of insurance rates are based on the mortality table shown in the table of guaranteed maximum rates of insurance and 3% interest compounded annually. Appropriate increases are made for substandard risks.

**POLICY LOANS**

The owner may obtain a policy loan from us if the following requirements are met:

(a) the policy has passed the first policy anniversary;
(b) the policy must be the only security for the loan;
(c) the policy is assigned to us on a form acceptable to us;

**VALORES DE LA POLIZA** (Cont.)

6.  nos reservamos el derecho de posponer el pago de una liquidación parcial, hasta por un término máximo de seis meses, a menos que dicha liquidación sea para abonarnos primas.

**Liquidación**

El titular puede liquidar esta póliza en cualquier momento. El valor efectivo de liquidación es igual al valor efectivo neto. Deberán cumplirse las siguientes condiciones:

(a) toda solicitud de liquidación deberá someterse por escrito, en una forma que nos sea aceptable;
(b) la póliza original debe devolverse a nuestra Casa Matriz;
(c) el asegurado debe estar vivo en la fecha de efectividad de la liquidación.

Nosotros podemos posponer el pago del valor efectivo de liquidación hasta por un término máximo de seis meses a menos que dicha liquidación se aplique para abonarnos primas. Si se solicita una liquidación dentro de los treinta días siguientes a un aniversario de la póliza, el valor efectivo de liquidación no será inferior al valor efectivo de liquidación en dicho aniversario, pero se deducirán cualquier adeudo o liquidación parcial que se haya hecho en la fecha de ese aniversario o después. Ningún seguro estará vigente una vez que hayamos recibido una solicitud de liquidación.

**Prolongación del seguro**

Si los pagos de primas programadas no son satisfechos en la forma prevista y no se abonan pagos por concepto de primas no programadas, esta póliza continuará en vigor hasta que el valor efectivo al iniciarse un mes de la póliza no alcance para cubrir el cargo mensual correspondiente a ese mes. En ese momento, se aplicará la cláusula del período de gracia. En ningún caso se prorrogará la vigencia de un aditamento más allá de la fecha en que el mismo deba terminar.

**Base para el cálculo de valores**

Los valores efectivos mínimos y las tasas máximas del costo de seguro se basan en la tabla de mortalidad que aparece en la tabla de tasas de seguro máximas garantizadas, junto con interés del 3%, compuesto anualmente. Se hacen los incrementos adecuados con vista a los riesgos no normales (subestándar).

**PRESTAMOS SOBRE LA POLIZA**

El titular puede obtener de nosotros un préstamo sobre la póliza si se cumple con los siguientes requisitos:

(a) que haya pasado el primer aniversario de la póliza;
(b) que la póliza sea la única garantía del préstamo;
(c) que la póliza se nos ceda en una forma que nos resulte aceptable;

## POLICY LOANS (Cont'd)

(d)  the requested loan plus any preexisting debt must not exceed the maximum loan value;

(e)  the policy is in force.


The maximum loan value equals the net cash value less the monthly charge for the next month.

We can postpone payment of a policy loan for up to six months unless it is used to pay a premium to us.


### Debt

In this policy, debt means the principal of any outstanding policy loan plus any interest thereon which has not been paid.

### Interest

Interest is due in arrears at the rate of 8% per annum and is payable annually on each policy anniversary. Interest not paid when due is added to and becomes part of the principal of the loan and bears interest at the rate payable on the loan.

### Loan repayment

You may repay a loan in full or in part at any time before this policy terminates while the insured is alive. Loan repayment will be applied to the cash value, which is securing the loan.

### Limit of policy

If debt equals or exceeds the cash value, the grace period will begin and the grace period provisions of this policy will apply.


## PRESTAMOS SOBRE LA POLIZA (Cont.)

(d)  que el préstamo solicitado más cualquier deuda preexistente no exceda el valor máximo para préstamos;

(e)  que la póliza esté vigente.


El valor máximo para préstamos es equivalente al valor efectivo neto menos el cargo mensual del próximo mes.

Nos reservamos el derecho de posponer hasta por un término máximo de seis meses, cualquier pago de un préstamo sobre la póliza, a menos que dicho préstamo sea para abonarnos primas.


### Deuda

La palabra deuda en esta póliza, se refiere al principal de cualquier préstamo sobre la póliza no satisfecha más cualquier interés que no haya sido pagado.

### Intereses

Los intereses se considerarán vencidos a una tasa del 8% anual y son pagaderos anualmente en cada aniversario de la póliza. A su vencimiento, los intereses no pagados se añaden al principal del préstamo, forman parte del mismo y devengarán intereses con la misma tasa aplicable al préstamo.

### Reembolso del préstamo

Usted puede reembolsar un préstamo, total o parcialmente, en cualquier momento, antes de la terminación de la póliza y mientras el asegurado viva. El reembolso del préstamo se aplicará al valor efectivo que está garantizando el préstamo.

### Límite de la póliza

Si la deuda iguala o excede el valor efectivo, se iniciará el período de gracia y las disposiciones de la sección del período de gracia de esta póliza se aplicarán.

Form 276 Rev. 9/10

LEFT BLANK INTENTIONALLY
DEJADO EN BLANCO A PROPOSITO

## DEPOSIT AND ANNUITY OPTIONS

"Payee" used in this provision, means the person who is entitled to receive the amount payable under this policy.

Instead of having the amount payable under this policy paid in one sum, you may choose to have all or part of it applied under one of the deposit or annuity options. This amount, referred to as "the proceeds", must be at least $1,000. In case of surrender of this policy, you may apply the proceeds under one of the annuity options only. If the income payments are less than $50 per month we will convert them to equivalent quarterly, semi-annual or annual payments.

You may choose or change an option before the death of the insured. Notify our Home Office of your choice or of any change. If no option is on file at our Home Office at the time of death of the insured, the payee may choose one.

Once an option is chosen, a payee may not assign or commute the payments, or make any other changes to the option. The deposit and annuity options will not be available to:

1. any assignee, unless the assignee is a beneficiary of this policy;

2. any corporate beneficiary, partnership or trustee; or

3. the executors or administrators of a payee's estate.

## DEPOSIT OPTIONS

1. The proceeds may be left on deposit with us and withdrawn, on reasonable notice, in amounts of not less than $100. We will pay interest at the frequency agreed upon with us when this option is chosen. Interest may be paid yearly, half-yearly, quarterly or monthly.

2. The proceeds may be left on deposit with us and paid in installments. The amount of installments and the frequency of payment will be agreed upon with us when this option is chosen. We will continue payments until all the principal and interest have been paid.

When one of these options is chosen, any amount left on deposit at the death of the payee will be paid in one sum to the executors or administrators of that payee's estate.

We will pay interest on proceeds left on deposit with us at rate determined by us. Such rate may change from time to time. We guarantee this rate will be at least 3% per year, compounded yearly.

## OPCIONES DE DEPOSITO Y ANUALIDADES

"Destinatario" se refiere en esta cláusula a la persona con derecho a recibir el importe pagadero en virtud de esta póliza.

En vez que el importe pagadero bajo esta póliza sea pagado en una sola suma, usted puede elegir que el pago, ya sea parcial o total, sea efectuado de acuerdo con una de las opciones de depósito o anualidades. Esta cantidad referida como "los beneficios" debe ser por lo menos de $1,000. En caso de que liquide esta póliza, usted puede aplicar los beneficios solamente bajo una de las opciones de anualidad. Si los pagos mensuales de renta son menores de $50 los convertiremos en el importe equivalente pagadero trimestral, semestral o anual.

Usted puede elegir o cambiar una opción antes del fallecimiento del asegurado. Notifique nuestra Casa Matriz de su elección o cualquier cambio. Si no hay una opción registrada en nuestra Casa Matriz al fallecimiento del asegurado, el destinatario podrá elegir una opción.

Una vez elegida una opción, el destinatario no puede ceder ni conmutar los pagos, ni efectuar ningún otro cambio a la opción. Las opciones de depósito y anualidades no estarán disponibles a:

1. ningún cesionario, a menos que sea un beneficiario en esta póliza;

2. ningún beneficiario corporativo, sociedad colectiva o fideicomisario; o

3. los albaceas o administradores de la sucesión de un destinatario.

## OPCIONES DE DEPOSITO

1. Los beneficios se pueden dejar en depósito con nosotros y se pueden efectuar retiros no menores de $100 mediante solicitud previa. Los intereses se pagarán anual, semestral, trimestral o mensualmente, según se haya convenido con nosotros en el momento de la elección.

2. Los beneficios se pueden dejar en depósito con nosotros para ser pagados a plazo por el importe y la frecuencia convenidos con nosotros en el momento de la elección. Continuaremos tales pagos hasta que el principal y los intereses se hayan pagado.

Al elegir una de estas opciones, todo importe dejado en depósito al fallecimiento del destinatario se pagará en una sola suma a los albaceas o administradores de la sucesión de ese destinatario.

Pagaremos intereses sobre los beneficios dejados en depósito con nosotros a una tasa determinada por nosotros y que puede variar. Garantizamos que esta tasa será por lo menos el 3% anual, compuesto anualmente.

Form 161.1 Rev. 9/10

## ANNUITY OPTIONS

**Plan A – Income for a fixed period**
We will pay a monthly income for a fixed period of time agreed on, not exceeding 30 years.

**Plan B – Income for life**
We will pay a monthly income during the lifetime of the payee. Payments will cease on the payee's death.

**Plan C – Income for life with guaranteed payments for 10 years**
We will pay a monthly income during the lifetime of the payee. If the payee dies before 120 months have expired, we will continue payments for the remainder of the 120 months.

**Plan D- Joint and survivor annuity**
We will pay a monthly income as long as either payee survives.

If an annuity option is chosen, we will pay the first income payment on the date on which we would have paid the policy proceeds. We will calculate the income in the following way:

1. the proceeds will be used as a single premium;

2. the single premium will be applied to the plan chosen using the single premium annuity rates for that plan. We will use the rates in effect on the date of the first income payment.

We will pay the larger of the income calculated by the method shown above or the income for the same plan calculated from the table of annuity options.

Except for Plan A, the amount of each payment under an annuity option will be based on the sex and age of the payee(s), at the time of the first payment. We will require proof, acceptable to us, of the age of the payee(s) before any payment is made. We may require proof that a payee is still living before we make any payments after the guaranteed period.

Any guaranteed payments remaining at the death of the payee will be paid to the executors or administrators of that payee's estate.

Other types of annuity options are available and may be agreed to by us upon application to our Home Office.

## OPCIONES DE ANUALIDADES

**Plan A – Renta por un período determinado**
Pagaremos una renta mensual durante el período determinado, sin sobrepasar los 30 años.

**Plan B – Renta vitalicia**
Pagaremos una renta mensual mientras el destinatario viva. Los pagos cesarán al fallecimiento del destinatario.

**Plan C – Renta vitalicia con pagos garantizados por 10 años**
Pagaremos una renta mensual mientras el destinatario viva. Si el destinatario fallece antes de que finalicen los 120 meses, continuaremos haciendo pagos por el resto de los 120 meses.

**Plan D – Anualidad mancomunada y de supervivencia**
Pagaremos una renta mensual mientras uno de los destinatarios viva.

Si se elige una opción de anualidad, haremos el primer pago de renta en la fecha en que hubiéramos pagado los beneficios de esta póliza. Calcularemos la renta de la manera siguiente:

1. utilizaremos el producto como una prima única;

2. la prima única se aplicará al plan elegido usando las tarifas de anualidad de prima única para ese plan. Usaremos las tarifas vigentes en la fecha del primer pago de renta.

Pagaremos lo mayor entre la renta calculada con el método antes descrito o la renta para el mismo plan calculado de la tabla de opciones de anualidades.

A excepción del Plan A, la cantidad de cada pago en virtud de una de las opciones de anualidades, se basará en el sexo y edad del destinatario o destinatarios en el momento del primer pago. Deberá presentarse prueba de la edad del destinatario o destinatarios, satisfactoria para nosotros, antes de que se efectúe pago alguno. Podemos requerir prueba de que un destinatario se encuentra aún con vida antes de hacer cualquier pago después de cualquier período garantizado.

Cualquier pago garantizado que no se haya efectuado antes del fallecimiento del destinatario se pagará a los albaceas o administradores de la sucesión del mismo.

Hay otras opciones de anualidades disponibles en las que podemos convenir, si nos envía una solicitud por escrito a nuestra Casa Matriz.

## TABLE OF ANNUITY OPTIONS
*TABLA DE OPCIONES DE ANUALIDADES*

### Monthly Payments Provided by Each $1,000 of Proceeds
*Pagos Mensuales Disponibles por cada $1,000 de los Beneficios*

| PLAN A — FIXED PERIOD / PERIODO DETERMINADO | | Age of Payee / Edad del Destinatario | PLAN B — LIFE / VITALICIO | | PLAN C — LIFE GUAR. 10 YRS. / VITALICIO GAR. 10 AÑOS | | PLAN D — JOINT AND SURVIVOR ANNUITY / ANUALIDAD MANCOMUNADA Y DE SUPERVIVENCIA | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No. of Months / Núm. de Meses | Monthly Payments / Pagos Mensuales | | Male / Hombre | Fem. / Mujer | Male / Hombre | Fem. / Mujer | Age of Fem. / Edad Mujer | 50 | 55 | 60 | 65 | 70 | Age of Fem. / Edad Mujer |
| 12 | $84.28 | 55 | 4.42 | 3.97 | 4.35 | 3.94 | 55 | 3.47 | 3.60 | 3.71 | 3.80 | 3.87 | 55 |
| 24 | 42.66 | 56 | 4.52 | 4.06 | 4.44 | 4.02 | 56 | 3.50 | 3.64 | 3.76 | 3.86 | 3.93 | 56 |
| 36 | 28.79 | 57 | 4.63 | 4.14 | 4.54 | 4.11 | 57 | 3.53 | 3.68 | 3.81 | 3.92 | 4.00 | 57 |
| 48 | 21.86 | 58 | 4.74 | 4.24 | 4.65 | 4.19 | 58 | 3.55 | 3.72 | 3.87 | 3.99 | 4.08 | 58 |
| 60 | 17.70 | 59 | 4.87 | 4.34 | 4.76 | 4.29 | 59 | 3.58 | 3.76 | 3.92 | 4.05 | 4.15 | 59 |
| 72 | 14.93 | | | | | | | | | | | | |
| 84 | 12.95 | 60 | 5.00 | 4.44 | 4.87 | 4.38 | 60 | 3.60 | 3.79 | 3.97 | 4.12 | 4.23 | 60 |
| 96 | 11.47 | 61 | 5.14 | 4.55 | 4.99 | 4.49 | 61 | 3.63 | 3.83 | 4.02 | 4.18 | 4.31 | 61 |
| 108 | 10.32 | 62 | 5.29 | 4.67 | 5.12 | 4.69 | 62 | 3.65 | 3.86 | 4.07 | 4.25 | 4.40 | 62 |
| 120 | 9.39 | 63 | 5.45 | 4.80 | 5.25 | 4.71 | 63 | 3.67 | 3.90 | 4.12 | 4.32 | 4.48 | 63 |
| 132 | 8.64 | 64 | 5.63 | 4.93 | 5.40 | 4.83 | 64 | 3.70 | 3.93 | 4.17 | 4.39 | 4.57 | 64 |
| 144 | 8.02 | | | | | | | | | | | | |
| 156 | 7.49 | 65 | 5.81 | 5.08 | 5.54 | 4.96 | 65 | 3.72 | 3.97 | 4.22 | 4.46 | 4.66 | 65 |
| 168 | 7.03 | 66 | 6.01 | 5.23 | 5.69 | 5.09 | 66 | 3.74 | 4.00 | 4.27 | 4.53 | 4.76 | 66 |
| 180 | 6.64 | 67 | 6.22 | 5.40 | 5.85 | 5.23 | 67 | 3.76 | 4.03 | 4.32 | 4.60 | 4.85 | 67 |
| 192 | 6.30 | 68 | 6.44 | 5.57 | 6.01 | 5.38 | 68 | 3.77 | 4.06 | 4.36 | 4.67 | 4.95 | 68 |
| 204 | 6.00 | 69 | 6.68 | 5.76 | 6.18 | 5.54 | 69 | 3.79 | 4.09 | 4.41 | 4.74 | 5.04 | 69 |
| 216 | 5.73 | | | | | | | | | | | | |
| 228 | 5.49 | 70 | 6.94 | 5.97 | 6.35 | 5.70 | 70 | 3.81 | 4.11 | 4.45 | 4.81 | 5.14 | 70 |
| 240 | 5.27 | 71 | 7.22 | 6.19 | 6.53 | 5.88 | 71 | 3.82 | 4.14 | 4.49 | 4.88 | 5.24 | 71 |
| 252 | 5.08 | 72 | 7.51 | 6.43 | 6.70 | 6.06 | 72 | 3.83 | 4.16 | 4.54 | 4.94 | 5.34 | 72 |
| 264 | 4.90 | 73 | 7.82 | 6.69 | 6.88 | 6.24 | 73 | 3.83 | 4.16 | 4.54 | 4.94 | 5.34 | 72 |
| 276 | 4.74 | 74 | 8.16 | 6.98 | 7.07 | 6.44 | 74 | 3.86 | 4.20 | 4.61 | 5.07 | 5.54 | 74 |
| 288 | 4.60 | | | | | | | | | | | | |
| 300 | 4.46 | 75 | 8.52 | 7.28 | 7.25 | 6.63 | 75 | 3.87 | 4.22 | 4.65 | 5.13 | 5.63 | 75 |
| 312 | 4.34 | | | | | | | | | | | | |
| 324 | 4.22 | | | | | | | | | | | | |
| 336 | 4.12 | | | | | | | | | | | | |
| 348 | 4.02 | | | | | | | | | | | | |
| 360 | 3.93 | | | | | | | | | | | | |

TABLE BASED ON 1983 ANNUITY TABLE AT 2½% INTEREST
*Esta tabla se basa en la Tabla de Anualidades de 1983 al 2½% de interés*

The amounts for ages not shown in the table may be obtained from our Home Office
*Las cantidades para las edades no cotizadas en la tabla podrán obtenerse de nuestra Casa Matriz*

All amounts are guaranteed
*Todas las cantidades están garantizadas*

Form 161.2 Rev. 9/10

LEFT BLANK INTENTIONALLY
DEJADO EN BLANCO A PROPOSITO

## TRANSFER OPTION ENDORSEMENT

**Benefit**

The Company agrees subject to the terms of this endorsement, to exchange this policy for a policy on the life of a new insured upon the request of the owner of this policy and such new insured.

**Conditions for exchange**

The owner of the new policy designated in the request must have an insurable interest in the life of the new insured.

The exchange will be subject to the receipt by the Company of satisfactory evidence of insurability of the new insured. Such exchange will be made only if the new insured qualifies for the amount of insurance applied for at the standard premium class.

This policy must be in force on the exchange date, with no premium in default, and with no monthly deductions being waived under any disability coverage under this policy. If an assignment of this policy is on file with the Company, the consent of the assignee will be required. The Company may require that any indebtedness outstanding under this policy be repaid in whole or in part at the time of the exchange. Any indebtedness that is not repaid will be carried over to the new policy, provided it does not exceed the loan value of the new policy at the time of exchange.

The exchange may be made as of any premium due date after the first policy anniversary, provided neither the original insured nor the new insured is then over age 75. If the Company approves the request for exchange, insurance under the new policy will take effect on the exchange date if the new insured is then living. Insurance under this policy will cease when insurance under the new policy takes effect.

The written request for exchange must be submitted to the Company within 31 days before the exchange date together with:

    (a) evidence of the new insured's insurability satisfactory to the Company;

    (b) surrender of this policy; and

    (c) payment of the first premium for the new policy and of any collection amount required pursuant to the basis of exchange provision below.

**Amount of insurance**

The owner may apply for a face amount of insurance on the life of the new insured equal to the face amount under this policy, and subject to the collection or allowances described in the basis of the exchange provision. If requested by the owner and approved by the Company, a lower face amount of insurance on the life of the new insured may be allowed to avoid or minimize an otherwise required collection amount.

## ENDOSO DE SUSTITUCION DE POLIZA

**Beneficios**

La Compañía acuerda, sujeta a los términos de este endoso, intercambiar esta póliza sobre la vida de un nuevo asegurado, a solicitud del titular de esta póliza y de ese nuevo asegurado.

**Condiciones para el intercambio**

El titular de la nueva póliza designado en la solicitud debe tener un interés asegurable en la vida del nuevo asegurado.

El intercambio estará sujeto a la aceptación por la Compañía de prueba satisfactoria de la asegurabilidad del nuevo asegurado. Tal intercambio será hecho solamente si el nuevo asegurado califica para la cobertura que se solicita sobre la base de prima regular.

Esta póliza debe estar en vigor en la fecha del intercambio sin que haya ninguna prima pendiente de pago y sin que se hayan exonerado deducciones mensuales por algún tipo de cobertura de incapacidad bajo esta póliza. Si alguna cesión de esta póliza está registrada con la Compañía, se necesitará el consentimiento del cesionario. La Compañía pudiera requerir que cualquier deuda pendiente sea abonada, en total o en parte, al momento del intercambio. Toda deuda que quede sin pagar será trasladada a la nueva póliza, siempre que no exceda el valor para préstamos de la nueva póliza al momento del intercambio.

El intercambio puede hacerse en la fecha de vencimiento de cualquier prima, después del primer aniversario de la póliza, con tal que ni el asegurado original ni el nuevo asegurado sean entonces mayores de 75 años. Si la Compañía aprueba la solicitud de intercambio, el seguro bajo la nueva póliza tendrá efectividad en la fecha del intercambio, si entonces el nuevo asegurado vive. El seguro bajo esta póliza cesará cuando el seguro bajo la nueva póliza tome efecto.

La solicitud por escrito para el intercambio debe ser presentada a la Compañía dentro del plazo de 31 días antes de la fecha del intercambio junto con:

    (a) evidencia de asegurabilidad del nuevo asegurado, satisfactoria para la Compañía;

    (b) la liquidación de esta póliza; y

    (c) el pago de la primera prima para la póliza nueva y de cualquier otra cantidad requerida conforme a las bases del intercambio.

**Importe del seguro**

El titular puede solicitar una suma asegurada sobre la vida del nuevo asegurado igual a la suma asegurada bajo esta póliza, sujeta al cobro o ajustes descritos basados en la cláusula del intercambio. Si el titular lo solicita y la Compañía lo aprueba, se podrá conceder un seguro con suma asegurada menor sobre la vida del asegurado, para evitar o reducir las cantidades a cobrar.

Form 172UL Rev. 9/10

**TRANSFER OPTION ENDORSEMENT (Cont.)**

**The new policy**
The new policy will be on the same plan of insurance as this policy if the Company is issuing such plan on the date of exchange; or, on any other plan of insurance then being issued which is requested by the owner and approved by the Company. The date of issue of the new policy will be the same as the date of issue of this policy. However, if the date of birth of the new insured is later than such date of issue, the date of issue of the new policy will be the earlier of the exchange date, or the policy anniversary of this policy next following the date of birth of the new insured. The issue age will be determined by the date of issue and premiums will be at the Company's rates in effect on such date. The contestable and suicide periods in the new policy will begin on the exchange date.

**Basis of Exchange**
If the date of birth of the new insured is after the date of birth of the insured, a payment equal to the difference between (a) the net cash value of the policy, and (b) the net cash value that would have resulted had the cost of insurance been based on the date of birth of the new insured, will be paid to the owner of this policy.

If the date of birth of the new insured is before the date of birth of the insured, a payment equal to the difference between (a) the accumulated value of the policy, and (b) the accumulated value that would have resulted had the cost of insurance been based on the date of birth of the new insured, will be required at the time of the exchange.

The surrender charges that would have applied if the policy had been issued to the new insured at the original date of issue will apply to the new policy.

**ENDOSO DE SUSTITUCION DE POLIZA (Cont'd)**

**La nueva póliza**
La nueva póliza será emitida bajo el mismo plan de seguro que esta póliza, si la Compañía mantiene vigente ese plan en la fecha del intercambio, o bajo otro plan de seguro que se esté emitiendo entonces, solicitado por el titular y aprobado por la Compañía. La fecha de emisión de la nueva póliza será la misma fecha de emisión de esta póliza. No obstante, si la fecha de nacimiento del nuevo asegurado es posterior a dicha fecha de emisión, la fecha de emisión de la nueva póliza será la que primero se presente de las dos siguientes: la fecha del intercambio o la del aniversario más próximo de esta póliza que siga a la fecha de nacimiento del nuevo asegurado. La edad de emisión se determinará por la fecha de emisión y las primas serán calculadas de acuerdo con las tasas de la Compañía vigentes en dicha fecha. Los períodos de suicidio y contestabilidad empezarán a regir en la nueva póliza a partir de la fecha del intercambio.

**Bases del intercambio**
Si la fecha de nacimiento del nuevo asegurado es posterior a la fecha de nacimiento del asegurado, se hará un pago al titular de esta póliza igual a la diferencia entre (a) el valor efectivo neto de la póliza y (b) el valor efectivo neto que la póliza hubiera tenido si el costo del seguro se hubiera basado en la fecha de nacimiento del nuevo asegurado.

Si la fecha de nacimiento del nuevo asegurado es anterior a la fecha de nacimiento del asegurado, se requerirá que se haga un pago al efectuarse el intercambio igual a la diferencia entre (a) el valor acumulado de la póliza y (b) el valor acumulado de la póliza que hubiera resultado si el costo del seguro se hubiera basado en la fecha de nacimiento del nuevo asegurado.

Los cargos de liquidación que se hubieran aplicado si la póliza se hubiera emitido al nuevo asegurado con la fecha de emisión original se aplicarán a la nueva póliza.



**BEST MERIDIAN**
**INSURANCE COMPANY**

PRESIDENT

SECRETARY

## ACCELERATED BENEFIT RIDER

After the policy has been in force for at least two years during the lifetime of the insured, we will pay to the policyowner fifty percent of the sum insured (excluding riders), payable on the death of the insured up to a maximum of $250,000, if the following conditions exist:

1. the policy is in force and is not in the grace period;

2. we receive statements and supporting documentation, acceptable to us, from the physician of the insured indicating that because of the nature and severity of the insured's condition, the condition is terminal and the insured has a life expectancy of no more than twelve months;

3. we receive an assignment form making us assignee in the amount of the accelerated death benefit payment. Upon the death of the insured, the remainder of the death benefit proceeds will be payable to the named beneficiary;

4. the amount of any outstanding policy loan is less than the amount payable under this benefit.

If there is an irrevocable beneficiary, we require an acknowledgement of agreement for payout.

If the policy has an outstanding loan, we will subtract the amount of the loan from the amount payable under this benefit. Such loan amount will be considered paid and will not be deducted from the proceeds of this policy upon the death of the insured.

We have the right to require, at our expense, that the insured be examined by one or more physicians of our choosing in order to verify the diagnosis. We also have the right to require that the insured provide us with all of the medical records pertaining to the condition which is the basis for the claim under this rider.

Provided that the policy is still in force, upon the death of the insured, after the accelerated benefit has been paid, the beneficiary will receive the net death proceeds provided by the policy.

## ADITAMENTO SOBRE BENEFICIO ANTICIPADO

Una vez que la póliza haya estado vigente por lo menos dos años durante la vida del asegurado, pagaremos al titular de póliza el cincuenta por ciento de la suma asegurada (excluyendo aditamentos), al ocurrir el fallecimiento del asegurado hasta un máximo de $250,000, si existen las siguientes condiciones:

1. la póliza está en vigor y no en el período de gracia;

2. que recibamos las declaraciones y la correspondiente documentación de respaldo del médico del asegurado indicando que por la naturaleza y gravedad de la condición del asegurado, ésta debe considerarse como fatal y que el término probable de vida del asegurado es de no más de doce meses.

3. que recibamos una cesión en la que se nos reconozca como cesionarios en una cantidad igual a la del pago del beneficio anticipado por concepto de fallecimiento. Al fallecer el asegurado, el resto de los beneficios por concepto de fallecimiento serán pagaderos al beneficiario designado;

4. que el monto de cualquier préstamo contra la póliza no liquidado sea inferior a la cantidad pagadera por concepto de este beneficio.

Si hubiese un beneficiario designado con carácter irrevocable, exigiremos constancia de su consentimiento para que se efectúen estos pagos.

Si hay algún préstamo contra la póliza que aún no haya sido satisfecho, deduciremos el monto de dicho préstamo de la cantidad que sea pagadera bajo este beneficio. Tal préstamo será considerado como liquidado y esta cantidad no será reducida del beneficio de esta póliza que sea pagadero al fallecer el asegurado.

Nos reservamos el derecho de solicitar que, a costa nuestra, el asegurado sea examinado por uno o más médicos designados por nosotros, a fin de verificar el diagnóstico. También nos reservamos el derecho de requerir que el asegurado nos proporcione toda la documentación médica referente a la condición en que se basa la reclamación bajo este aditamento.

Siempre que la póliza esté vigente, al fallecimiento del asegurado, después del pago del beneficio anticipado, el beneficiario recibirá el beneficio correspondiente por concepto de fallecimiento que provee la póliza.

Form ABR 174 Rev. 9/10

## ACCELERATED BENEFIT RIDER (Cont'd)

The right to receive payment under this rider is subject to the following conditions:

1. the policy must be in force and not in the grace period;
2. the request for payment must be in the form of a written claim submitted to the Home Office;
3. the policy must not be assigned except to us as security for a loan;
4. the amount of the accelerated benefit paid in accordance with this policy will be reduced by any amounts paid by any other similar policy or rider issued by us.

**Physician**: means an individual with an active medical license and who is board certified in his or her specialty, in the country where he or she works as a practitioner of the healing arts performing an act within the scope of his or her license. The physician must not be the insured or related to the insured and must not usually reside in the household of the insured.

**Terminal**: means that a physician predicts, in the physician's best medical judgment that the insured will die within twelve months due to a non-correctable condition.

The accelerated benefit rider will terminate on the earlier of:

1. lapse, surrender or termination of this policy;
2. upon payment of the accelerated benefit.

There is no premium or monthly charge for this benefit

## ADITAMENTO SOBRE BENEFICIOS ANTICIPADOS (Cont'd)

El derecho a recibir pagos bajo los términos de este aditamento está sujeto a las siguientes condiciones:

1. la póliza debe estar vigente y no en el período de gracia;
2. la solicitud de pago debe presentarse en nuestra Casa Matriz, en forma de reclamación por escrito;
3. la póliza no puede ser cedida, excepto a nosotros como garantía de un préstamo;
4. el monto del beneficio anticipado que corresponda bajo esta póliza se reducirá en una cantidad igual a la que corresponda bajo otra póliza o aditamento emitido por nosotros.

**Médico**: se entenderá por un individuo con una licencia médica vigente y colegiado para ejercer su especialidad en el país donde trabaja como profesional en el ejercicio de las artes curativas y ejerciendo éstas dentro de las facultades que su licencia le otorga. El médico no puede ser el asegurado, ni tampoco puede ser una persona emparentada con el asegurado ni que usualmente resida en el hogar o vivienda del asegurado.

**Enfermedad fatal**: se entenderá que un médico prevé, a su leal saber y entender, que el asegurado fallecerá dentro de un término de doce meses debido a una enfermedad no susceptible a curación o corrección.

Este aditamento de beneficio anticipado terminará en la fecha en que ocurra la primera de las siguientes situaciones:

1. caducidad, liquidación o terminación de esta póliza;
2. el pago del beneficio anticipado.

El beneficio que provee este aditamento no conlleva pago de primas ni cargos mensuales.

**BEST MERIDIAN**
**INSURANCE COMPANY**

_____
PRESIDENT

_____
SECRETARY

Page 28 / Página 28

LEFT BLANK INTENTIONALLY
DEJADO EN BLANCO A PROPOSITO

| **INDIVIDUAL LIFE INSURANCE POLICY** | **POLIZA DE SEGURO DE VIDA INDIVIDUAL** |
|---|---|
| Issued by | Emitida por |



| A Stock Company | Sociedad Anónima |
|---|---|

| Home Office | Casa Matriz |
|---|---|
| 8950 S.W. 74 Court | 8950 S.W. 74 Court |
| Miami, Florida 33156 | Miami, Florida 33156 |

| **FLEXIBLE PREMIUM ADJUSTABLE LIFE INSURANCE POLICY** | **POLIZA AJUSTABLE DE SEGURO DE VIDA CON PRIMA FLEXIBLE** |
|---|---|
| Insurance payable at insured's death while policy is in force.  Flexible premiums payable during the life of the insured through age 120 | Seguro pagadero al fallecimiento del asegurado mientras la póliza se encuentre vigente.  Primas flexibles pagaderas durante la vida del asegurado hasta los 120 años de edad |

| ADJUSTABLE DEATH BENEFIT | BENEFICIO POR FALLECIMIENTO AJUSTABLE |
|---|---|

| NON-PARTICIPATING | POLIZA SIN DERECHO DE PARTICIPACION |
|---|---|

| NO DIVIDENDS | POLIZA SIN DERECHO A DIVIDENDOS |
|---|---|

| TO OBTAIN INFORMATION OR MAKE FURTHER INQUIRIES INTO THIS POLICY, YOU MAY CALL US AT (305) 443-2898 | PARA OBTENER INFORMACION O HACER PREGUNTAS RELACIONADAS A LA POLIZA, SIRVASE LLAMAR AL (305) 443-2898 |
|---|---|



SEVERINO FELIX GUTIERRES CONTRERAS
CALLE SAN JOSE 1 - 9B ALTO MOCHE

TRUJILLO
PERÚ

# RECIBO OFICIAL
## NO. UL00629581

### SEVERINO FELIX GUTIERRES CONTRERAS

**Número de Póliza:**    UL00629581          **Efectiva Desde:**   Agosto 8, 2018

**Total Pagado:**   $1,450.00

El depósito recibido menos impuestos y cargos, ha sido aplicado a su póliza de acuerdo a los términos del contrato.

Presidente

## RETENGA ESTE DOCUMENTO PARA SUS ARCHIVOS

### BEST MERIDIAN INSURANCE COMPANY
Administrado por BMI Services, Inc.
8950 SW 74 Court, Miami, FL 33156
Telephone: (305) 443-2898 - Fax: (305) 442-8486 - email: bmi@bmicos.com

Form 235(BMIC) Rev. 07.11
Ref: BMI_RCPT.LWP.v.3.0.UL00629581.06JUL.2005

Perú 6427 12289



**COMPANIES BUSINESS MEN'S INSURANCE CORP.**

SEVERINO FELIX GUTIERRES CONTRERAS
CALLE SAN JOSE 1 - 9B ALTO MOCHE
TRUJILLO
PERÚ

## RECIBO OFICIAL

## No. UL00629581

### SEVERINO FELIX GUTIERRES CONTRERAS

**Número de Póliza: UL00629581**

**Cargo por administración:**   $75.00

**Fecha de emisión:**   Agosto 8, 2018

**Fecha de pago:**   Agosto 23, 2018

**RETENGA ESTE DOCUMENTO PARA SUS ARCHIVOS**

Presidente

Perú 6427 12289

Para mayor información, póngase en contacto directamente con la Casa Matriz
8950 SW 74 Court, Miami, FL 33156
Telephone: (305) 443-2898  - Fax: (305) 442-8486 - email: bmi@bmioos.com

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR DADE COUNTY, FLORIDA

CASE NO.

MILAGRITOS A. ROBLES PERES

     Plaintiff,

v.

BEST MERIDIAN INSURANCE
COMPANY, a Florida Corporation

     Defendants.

_____/

## PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT, BEST MERIDIAN INSURANCE COMPANY, A FLORIDA CORPORATION

COMES NOW, Plaintiff, MILAGRITOS A. ROBLES PERES, by and through his

undersigned counsel, and pursuant to Florida Rules of Civil Procedure, propounding the attached

initial Interrogatories to Defendant, BEST MERIDIAN INSURANCE COMPANY, a FLORIDA

CORPORATION, and to be answered in writing, under oath, within your knowledge or the

knowledge of your agents, servants, employees or attorney's on or before forty-five (45) days

from the date of service herein.

DATED __17th__ OF AUGUST, 2020.

                    BARON AND HERSKOWITZ
                    One Datran Center
                    9100 S. Dadeland Blvd.
                    Suite 1704
                    Miami, FL 33156
                    Telephone:     305-670-0101
                    Facsimile:     305-670-2393
                    Primary:       David@bhfloridalaw.com
                                  Carolina@bhfloridalaw.com

               By: _/s/: David F. Baron_____
                    DAVID F. BARON, ESQUIRE
                    Florida Bar No. 297089

**GARY ROBERTS & ASSOCIATES, P.A.**
Co-Counsel for Plaintiff
1601 Belvedere Road
Suite 500 S
West Palm Beach, FL 33406
Gary@palmbeachtrialattorney.net
KBurgess@palmbeachtrialattorney.net
Telephone: (561) 686-1800
Facsimile: (561) 686-1533


By: /s/: *Gary W. Roberts*
    GARY W. ROBERTS
    Florida Bar No. 157837

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR DADE COUNTY, FLORIDA

CASE NO.

MILAGRITOS A. ROBLES PERES

     Plaintiff,

v.

BEST MERIDIAN INSURANCE
COMPANY, a Florida Corporation

     Defendants.

_____/

## PLAINTIFF'S REQUEST TO PRODUCE TO DEFENDANT

COMES NOW, Plaintiff, MILAGRITOS A. ROBLES PERES, by and through undersigned counsel, and pursuant to Florida Rules of Civil Procedure, propounding the attached Initial Request to Produce to Defendant, BEST MERIDIAN INSURANCE COMPANY, a FLORIDA CORPORATION ("BMI"), and is hereby requested to produce to Plaintiff, MILAGRITOS A. ROBLES PERES, within (45) days after initial service of process.

DATED 17th AUGUST, 2020.

Respectfully Submitted,
**BARON & HERSKOWITZ**
*Attorney's for the Plaintiff*

/S/ David F. Baron
David F. Baron Esq. [FL Bar No. 297080]
9100 South Dadeland Boulevard
One Datran Center, Suite 1704
Miami, Florida 33156
Email: David@bhfloridalaw.com
Carolina@bhfloridalaw.com

AND

**GARY ROBERTS & ASSOCIATES, P.A.**
Co-Counsel for Plaintiff
1601 Belvedere Road
Suite 500 S
West Palm Beach, FL 33406
Gary@palmbeachtrialattorney.net
KBurgess@palmbeachtrialattorney.net
Telephone: (561) 686-1800
Facsimile: (561) 686-1533


By: /s/: *Gary W. Roberts*
    GARY W. ROBERTS
    Florida Bar No. 157837

2

Filing # 111991762 E-Filed 08/18/2020 02:33:45 PM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR DADE COUNTY, FLORIDA

CASE NO. 2020-017505-CA-01

MILAGRITOS A. ROBLES PERES

      Plaintiff,

v.

BEST MERIDIAN INSURANCE
COMPANY, a Florida Corporation

      Defendants.

_____/

## **SUMMONS**

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

YOU ARE HEREBY COMMANDED to serve this Summons, Complaint, Plaintiff's
First Set of Interrogatories and Plaintiff's Request for Production in this action:

**BEST MERIDIAN INSURANCE COMPANY c/o Chief Financial Officer**
**Department of Insurance and State Treasurer**
**Service of Process, Revenue Process Section**
**PO BOX 6200**
**200 E. Gaines Street**
**Tallahassee, FL 32399-6200**

Each Defendant is required to serve written defenses to the Complaint, Plaintiff's First
Set of Interrogatories and Plaintiff's Request for Production

to wit:          DAVID F. BARON, ESQ.
whose address is:   9100 South Dadeland Boulevard
                One Datran Center, PH-1, Suite 1704
                Miami, Florida 33156
                Telephone:  (305) 670-0101
                E-mail: David@bhfloridalaw.com
                         Carolina@bhfloridalaw.com

## **IMPORTANT**

     A lawsuit has been filed against you.  You have twenty (20) calendar days after
this Summons is served on you to file a written response to the attached Complaint with
the Clerk of this Court.  A phone call will not protect you.  Your written response
including the case number given above and the names of the parties, must be filed if you
want the Court to hear your side of the case.  If you do not file your response on time,
you may lose the case, and your wages, money, and property may thereafter be taken
without further warning from the Court.  There are other legal requirements.  You may

want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## **IMPORTANTE**

Usted ha sido demandado legalmente.  Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefónica no lo protegerá.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado inmediatamente.  Si no conoce un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debería usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## **IMPORTANT**

Des poursuites judiciares ont est entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de lassignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal.  Un simple coup de telephone est insuffisant pour vous proteger.  Vous estes oblige de deposer votre response ecrite, avec mention du numbero do dossier ci-des-sus et du nom des parties nommees ici, si vous souhaitez que la tribunal entende voutre cause.  Si vous ne deposez pas votre response ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent entre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ce-dessous.

DATED ON _____, 2020.

_____
Clerk of Courts

2

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR DADE COUNTY, FLORIDA

CASE NO. 2020-017505-CA-01

MILAGRITOS A. ROBLES PERES

      Plaintiff,

v.

BEST MERIDIAN INSURANCE
COMPANY, a Florida Corporation

      Defendants.

_____/

## SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

YOU ARE HEREBY COMMANDED to serve this Summons, Complaint, Plaintiff's
First Set of Interrogatories and Plaintiff's Request for Production in this action:

**BEST MERIDIAN INSURANCE COMPANY**
**c/o ANDREW SIERRA, Registered Agent**
**8950 SW 74 CT.**
**24th Floor**
**Miami, FL 33156**

Each Defendant is required to serve written defenses to the Complaint, Plaintiff's First
Set of Interrogatories and Plaintiff's Request for Production

to wit:          DAVID F. BARON, ESQ.
whose address is:   9100 South Dadeland Boulevard
                One Datran Center, PH-1, Suite 1704
                Miami, Florida 33156
                Telephone:  (305) 670-0101
                E-mail: David@bhfloridalaw.com
                      Carolina@bhfloridalaw.com

## IMPORTANT

      A lawsuit has been filed against you.  You have twenty (20) calendar days after
this Summons is served on you to file a written response to the attached Complaint with
the Clerk of this Court.  A phone call will not protect you.  Your written response
including the case number given above and the names of the parties, must be filed if you
want the Court to hear your side of the case.  If you do not file your response on time,
you may lose the case, and your wages, money, and property may thereafter be taken
without further warning from the Court.  There are other legal requirements.  You may

want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente.  Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefónica no lo protegerá.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado inmediatamente.  Si no conoce un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debería usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont est entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de lassignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal.  Un simple coup de telephone est insuffisant pour vous proteger.  Vous estes oblige de deposer votre response ecrite, avec mention du numero do dossier ci-des-sus et du nom des parties nommees ici, si vous souhaitez que la tribunal entende voutre cause.  Si vous ne deposez pas votre response ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent entre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ce-dessous.

DATED ON _____, 2020.

_____
Clerk of Courts

2

Filing # 111991762 E-Filed 08/18/2020 02:33:45 PM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR DADE COUNTY, FLORIDA

CASE NO. 2020-017505-CA-01

MILAGRITOS A. ROBLES PERES

      Plaintiff,

v.

BEST MERIDIAN INSURANCE
COMPANY, a Florida Corporation

      Defendants.

_____/

## SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

YOU ARE HEREBY COMMANDED to serve this Summons, Complaint, Plaintiff's
First Set of Interrogatories and Plaintiff's Request for Production in this action:

**BEST MERIDIAN INSURANCE COMPANY c/o Chief Financial Officer**
**Department of Insurance and State Treasurer**
**Service of Process, Revenue Process Section**
**PO BOX 6200**
**200 E. Gaines Street**
**Tallahassee, FL 32399-6200**

Each Defendant is required to serve written defenses to the Complaint, Plaintiff's First
Set of Interrogatories and Plaintiff's Request for Production

to wit:          DAVID F. BARON, ESQ.
whose address is:  9100 South Dadeland Boulevard
               One Datran Center, PH-1, Suite 1704
               Miami, Florida 33156
               Telephone: (305) 670-0101
               E-mail: David@bhfloridalaw.com
                        Carolina@bhfloridalaw.com

## IMPORTANT

    A lawsuit has been filed against you. You have twenty (20) calendar days after
this Summons is served on you to file a written response to the attached Complaint with
the Clerk of this Court. A phone call will not protect you. Your written response
including the case number given above and the names of the parties, must be filed if you
want the Court to hear your side of the case. If you do not file your response on time,
you may lose the case, and your wages, money, and property may thereafter be taken
without further warning from the Court. There are other legal requirements. You may

want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente.  Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefónica no lo protegerá.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado inmediatamente.  Si no conoce un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debería usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont est entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de lassignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal.  Un simple coup de telephone est insuffisant pour vous proteger.  Vous estes oblige de deposer votre response ecrite, avec mention du numbero do dossier ci-des-sus et du nom des parties nommees ici, si vous souhaitez que la tribunal entende voutre cause.  Si vous ne deposez pas votre response ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent entre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ce-dessous.

DATED ON ___8/26/2020___, 2020

_____ 300977

Clerk of Court

2

Filing # 111991762 E-Filed 08/18/2020 02:33:45 PM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR DADE COUNTY, FLORIDA

CASE NO. 2020-017505-CA-01

MILAGRITOS A. ROBLES PERES

       Plaintiff,

v.

BEST MERIDIAN INSURANCE
COMPANY, a Florida Corporation

       Defendants.

_____/

## **SUMMONS**

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

YOU ARE HEREBY COMMANDED to serve this Summons, Complaint, Plaintiff's
First Set of Interrogatories and Plaintiff's Request for Production in this action:

**BEST MERIDIAN INSURANCE COMPANY**
**c/o ANDREW SIERRA, Registered Agent**
**8950 SW 74 CT.**
**24th Floor**
**Miami, FL 33156**

Each Defendant is required to serve written defenses to the Complaint, Plaintiff's First
Set of Interrogatories and Plaintiff's Request for Production

to wit:           DAVID F. BARON, ESQ.
whose address is:  9100 South Dadeland Boulevard
                     One Datran Center, PH-1, Suite 1704
                     Miami, Florida 33156
                     Telephone: (305) 670-0101
                     E-mail: David@bhfloridalaw.com
                               Carolina@bhfloridalaw.com

## **IMPORTANT**

     A lawsuit has been filed against you. You have twenty (20) calendar days after
this Summons is served on you to file a written response to the attached Complaint with
the Clerk of this Court. A phone call will not protect you. Your written response
including the case number given above and the names of the parties, must be filed if you
want the Court to hear your side of the case. If you do not file your response on time,
you may lose the case, and your wages, money, and property may thereafter be taken
without further warning from the Court. There are other legal requirements. You may

want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente.  Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefónica no lo protegerá.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado inmediatamente.  Si no conoce un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debería usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont est entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de lassignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal.  Un simple coup de telephone est insuffisant pour vous proteger.  Vous estes oblige de deposer votre response ecrite, avec mention du numbero do dossier ci-des-sus et du nom des parties nommees ici, si vous souhaitez que la tribunal entende voutre cause.  Si vous ne deposez pas votre response ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent entre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ce-dessous.

DATED ON _____8/26/2020_____, 2020.

_____
Clerk of Courts