UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-23962-GAYLES/OTAZO-REYES

MILAGRITOS A. ROBLES PERES,

  Plaintiff,

v.

BEST MERIDIAN INSURANCE
COMPANY, and BEST MERIDIAN
INTERNATIONAL INSURANCE
COMPANY, SPC,

  Defendants.
_____/

## **DEFENDANT BEST MERIDIAN INSURANCE COMPANY'S NOTICE OF UNAVAILABILITY**

Notice is hereby given that counsel for Defendant Best Meridian Insurance Company will be unavailable during the following period of time:

**Monday, November 16, 2020 through and including Friday, November 20, 2020**

Undersigned counsel respectfully requests that no hearings, motions, depositions, discovery matters, trials or other pleadings or matters requiring timely responses be filed or scheduled during this time period, and that all pending matters remain in status quo during this period of time.

The filing and service of this Notice shall constitute an application and request for continuation, extension of time and/or a protective order as appropriately required for the above stated reason.

Dated: November 2, 2020

                                                                        Respectfully submitted,

/s Emilia A. Quesada
Emilia A. Quesada, Esq.
Florida Bar No. 092045
equesada@smgqlaw.com
Raul L. Perez, Esq.
Florida Bar No. 029400
rperez@smgqlaw.com
Sanchez-Medina, Gonzalez, Quesada, et al.
201 Alhambra Circle, Suite 1205
Coral Gables, Florida 33134
Telephone:   (305) 377-1000
Facsimile:   (855) 898-1359
  *Counsel for Defendant*